IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA ,**<br>　　　　　**Defendant.** | Civil Action No. 1:05cv01446 (PLF) |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss, Memorandum of Points and Authorities, any opposition thereto and the entire record herein, it hereby is

**ORDERED:** That Defendant's Motion to Dismiss is GRANTED; and it is

**FURTHER ORDERED:** That the plaintiff's Complaint hereby is DISMISSED with prejudice.

**So ORDERED** this _____ day of _____ , 2005.

_____
**THE HONORABLE PAUL L. FRIEDMAN**
**Judge, United States District Court for the District of Columbia**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General
441 4th Street, N.W. -- Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-3625 (Fax)

urenthea.mcquinn@dc.gov

**Jimmy A. Bell**
The Law Office of Jimmy A. Bell, P.C.
Attorney for Plaintiff
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)


August 9, 2005