IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALICIA Y. ALFRED,**
        **Plaintiff,**

v.    Civil Action No. 1:05cv01446 (PLF)

**DISTRICT OF COLUMBIA ,**
        **Defendant.**

### NOTICE OF APPEARANCE

Please note the entry of appearance in the above captioned case of Urenthea McQuinn, Assistant Attorney General for the District of Columbia.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/
    DAVID A. JACKSON [D.C. Bar #471535]
    Assistant Attorney General
    Civil Litigation Division
    Acting Section Chief
    General Litigation, Section II
    /s/

    URENTHEA McQUINN [D.C. Bar #182253]
    Assistant Attorney General
    441 4th Street, N.W.
    Suite 6South47
    Washington, D.C.  20001
    (202) 724-6646
    (202) 727-0431 (FAX)
    urenthea.mcquinn@dc.gov

August 9, 2005