IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**ALICIA Y. ALFRED,**        :
:
    **Plaintiff,**        :         Civil Case No.: 1:05-cv-01446-PLF
:
v.        :
:
**DISTRICT OF COLUMBIA,**        :
:
    **Defendant.**        :
_____:

**PLAINTIFF'S MOTION TO
AMEND PLAINTIFF'S COMPLAINT**

    COMES NOW PLAINTIFF, Alicia Y. Alfred, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1, and hereby files this Motion to Amend Plaintiff's Complaint. Plaintiff's arguments in support of this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities, hereby incorporated by reference.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Jimmy A. Bell, Esq.
                                          The Law Office of Jimmy A. Bell, P.C.
                                          9610 Marlboro Pike
                                          Upper Marlboro, MD 20772
                                          (301) 599-7620 (Tel)
                                          (301) 599-7623 (Fax)
                                          Bar No. 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** : | |
| : | |
| Plaintiff, : | Civil Case No.: 1:05-cv-01446-PLF |
| : | |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| Defendant. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO AMEND PLAINTIFF'S COMPLAINT**

COMES NOW PLAINTIFF, Alicia Y. Alfred, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., to hereby file this Memorandum of Points and Authorities in Support of Plaintiff's Motion to Amend Plaintiff's Complaint.

For cause, Plaintiff states the following:

1. Rule 15 (a) declares that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served[.]" F.R.C.P. 15(a).

2. Plaintiff wishes to amend her Complaint as a matter of course, as Defendant's counsel has not yet served a responsive pleading thereto. *See Exhibit A – Plaintiff's Amended Complaint.*

3. Defendant will not be prejudiced if this Motion is granted.

WHEREFORE, for the foregoing reasons, Plaintiff Alfred requests that this Honorable Court grant the Plaintiff's Motion to Amend Plaintiff's Complaint.

        Respectfully submitted,


        _____/s/_____
        Jimmy A. Bell, Esq.
        The Law Office of Jimmy A. Bell, P.C.
        9610 Marlboro Pike
        Upper Marlboro, MD 20772
        (301) 599-7620 (Tel)
        (301) 599-7623 (Fax)
        Bar No. 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALICIA Y. ALFRED, | : | |
| Plaintiff, | : | Civil Case No.: 1:05-cv-01446-PLF |
| v. | : | |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

### **ORDER**

Upon consideration of Plaintiff's Motion to Amend Plaintiff's Complaint, and in the interests of justice, it is this _____, day of _____, 2005, hereby

ORDERED that Plaintiff's Motion is granted.

_____
United States District Court Judge