UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ALICIA Y. ALFRED,                           )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )        Civil Action No. 05-1446 (PLF)
                                            )
                                            )
DISTRICT OF COLUMBIA,                       )
                                            )
                Defendant.                  )
_____       )


ORDER

On August 9, 2005, defendant District of Columbia filed a motion to dismiss

pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.

Plaintiff's counsel has not filed an opposition to the motion within the 11 days of the date of

service as directed under Local Civil Rule 7(b).   Accordingly, it is hereby

ORDERED that plaintiff shall show cause on or before September 28, 2005 why

the Court should not grant defendant District of Columbia's motion to dismiss.

SO ORDERED.


                                            _____\s_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge


DATE: September 14, 2005