UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-1446 (PLF) |

ORDER

    The Court has before it plaintiff's motion to amend plaintiff's complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. The rule provides: "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Although defendant has filed a motion to dismiss in response to plaintiff's complaint, a motion to dismiss is not a responsive pleading for the purposes of Rule 15. <u>James V. Hurson Associates Inc. v. Glickman</u>, 229 F.3d 283 (D.C. Cir. 2000) (citations omitted). Therefore, plaintiff may exercise her "absolute right to amend [her] complaint once." *Id.* at 282-83. Accordingly, it is hereby

ORDERED that plaintiff's motion to amend plaintiff's complaint is GRANTED and the clerk shall file the amended complaint.

SO ORDERED.

_____\s\_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  September 14, 2005