IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALICIA Y. ALFRED | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:05-cv-01446 |
| | : | (PLF) |
| v. | : | |
| | : | |
| THE DISTRICT OF COLUMBIA | : | |
| | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff, Alicia Alfred, by and through undersigned counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Response to this Court's Order to Show Cause.

For cause, the Plaintiff states the following:

1. The Plaintiff would like to apologize to this Court for not filing an Opposition to the Defendant's Motion to Dismiss stating that Defendant's arguments were rendered moot by the filing of the Plaintiff's Amended Complaint.

2. Federal Rule of Civil Procedure 15(a) "guarantees a plaintiff an absolute right" to amend the complaint once at any time so long as the defendant has not served a responsive pleading and the court has not decided a motion to dismiss. James V. Hurson Assocs., Inc. v. Glickman, 229 F.3d 277, 282-83 (D.C. Cir. 2000) (citing FED. R. CIV. P. 15(a)); Cureton v. United States Marshal Serv., 322 F. Supp. 2d 23, 25 (D.D.C. 2004).

3. The Plaintiff may file her Amended Complaint without leave of court curing jurisdictional defects so long as the Defendant has not filed a responsive pleading. Ulico Cas. Co. v. E.W. Blanch Co., 200 F.R.D. 3, 4-5 (D.D.C. 2001)

4. A motion to dismiss for lack of jurisdiction over the subject matter is not a responsive pleading. Bowden v. United States, 176 F.3d 552, 554 (D.C. Cir. 1999).

5. Moreover, it is well established that the Amended Complaint supersedes the original Complaint. Cureton, 322 F. Supp. 2d at 25.

6. Indeed, according to the law of this Circuit, Richardson v. United States, 193 F.3d 545 (D.C. Cir. 1999), the Plaintiff can file her Amended Complaint setting forth a claim over which the court has jurisdiction even if her original Complaint did not. Ulico Cas. Co., 200 F.R.D. at 4-5.

7. In the instant case, the Defendant having filed a motion to dismiss for lack of subject matter jurisdiction, and having not filed an answer, has not yet filed a responsive pleading.

8. The Plaintiff, thus, is entitled to file an Amended Complaint as a matter of right. Fed. R. Civ. P. 15(a).

9. The Plaintiff's Amended Complaint, having alleged violations of 42 U.S.C. § 1981, superseded her original Complaint and therefore, rendered the Defendant's Motion to Dismiss moot as the Plaintiff's Amended Complaint presents a federal cause of action.

WHEREFORE, the Plaintiff respectfully requests that this Court vacate its Order to Show Cause.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for the Plaintiff
Bar No. 14639

3