# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALICIA Y. ALFRED** | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:05-cv-01446 |
| | : | (PLF) |
| v. | : | |
| | : | |
| **THE DISTRICT OF COLUMBIA** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of this Court's Order to Show Cause and Plaintiff's Response thereto, and in the interests of justice, it is this _____ day of _____, 2005,

ORDERED, that this Court's Order to Show Cause is hereby VACATED.

_____
United States District Court Judge