IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA,<br>　　　　　　Defendant. | Civil Action No. 05-1446 PLF |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF THE TIME WITHIN WHICH TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of the time – from October 4, 2005 to and including November 4, 2005 -- within which the defendant is to file a Response to the Amended Complaint.[1]  Please see the accompanying Memorandum of Points and Authorities in support of this motion.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　NICOLE L. LYNCH [D.C. Bar #471953]
　　　　　　　　　　　　　　　　　Chief, General Litigation, Section II

---

[1] By filing this pleading, defendant does not waive any of its defenses, including the right to service of process.

      /s/
_____

URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

October 4, 2005

## Certification

    Pursuant to LCvR 7(m), the undersigned counsel for defendant District of Columbia telephoned plaintiff's counsel, Jimmy A. Bell, for consent to this motion on October 4, 2005, ((301) 599-7620).  Mr. Bell was not in the office.  Mr. Cochran of Mr. Bell's office stated that he would give Mr. Bell the message.

      /s/
_____
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,**<br>    **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>    **Defendants.** | Civil Action No. 05-1446 PLF |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF THE TIME WITHIN WHICH TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

  Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia has filed herein a motion for an extension of the time -- from October 4, 2005 to and including November 4, 2005 -- within which the defendant is to file a Response to the Amended Complaint. The reason for this motion is that the undersigned must wait for information from the agency involved in order to respond to the Amended Complaint. Defendant, therefore, requests this extension of time.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

           /s/
          NICOLE L. LYNCH [D.C. Bar #471953]
          Chief, General Litigation, Section II
          General Litigation, Section II

/s/
_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

October 4, 2005

4