IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>     Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>     Defendants. | Civil Action No. 05-1446 PLF |

## ORDER

Upon consideration of the defendant District of Columbia's Motion for an Extension of Time – from October 4, 2005 to and including November 4, 2005 -- within which it is to file a Response to the Amended Complaint, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2005,

**ORDERED:** that the defendant's motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the date upon which defendant District of Columbia is to file a Response to the Amended Complaint is November 4, 2005.

               **THE HONORABLE PAUL L. FRIEDMAN**
               United States District Court Judge

October 4, 2005