IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,**<br>            **Plaintiff,**<br><br>       v.<br><br>**DISTRICT OF COLUMBIA ,**<br>            **Defendant.** | **Civil Action No. 1:05cv01446 (PLF)** |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss Plaintiff's Amended Complaint, Memorandum of Points and Authorities in support thereof, any opposition thereto and the entire record herein, it hereby is

**ORDERED:** That Defendant's Motion to Dismiss Plaintiff's Amended Complaint is GRANTED; and it is

**FURTHER ORDERED:** That the plaintiff's Amended Complaint hereby is DISMISSED with prejudice.

**So ORDERED** this _____ day of _____ , 2005.

_____
**THE HONORABLE PAUL L. FRIEDMAN**
**United States District Court Judge**

October 5, 2005