IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** | : |
| Plaintiff, | : Case No.: 1:05-cv-01446-PLF |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR OTHER RELIEF,
SPECIFICALLY THAT THIS COURT ISSUE A SUMMONS
FOR DEFENDANT OFFICER MICHAEL FANONE**

COMES NOW, Plaintiff, Alicia Y. Alfred, by and through counsel Jimmy A. Bell, Esquire, and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Motion for Other Relief, that this Court might issue a summons for Defendant Officer Michael Fanone, named in Plaintiff's Amended Complaint:

Officer Michael Fanone
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639

Dated: September 15, 2005

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** | : |
| Plaintiff, | : **Case No.:  1:05-cv-01446-PLF** |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| Defendants. | : |

**ORDER**

Upon consideration of Plaintiff's Motion for Other Relief, Specifically That This Court Issue a Summons For Defendant Officer Michael Fanone, and in the interests of justice, it is this _____, day of _____, 2005, hereby

ORDERED that Plaintiff's Motion is granted.

_____
United States District Court Judge