IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** | : |
| Plaintiff, | : Case No.: 1:05-cv-01446-PLF |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| Defendants. | : |

### PLAINTIFF'S OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

COMES NOW Plaintiff Alicia Y. Alfred, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., to respectfully submit Plaintiff's Opposition to Defendant District of Columbia's Motion to Dismiss and state:

1. that Defendant's motion fails to cite significantly binding authority;

2. that Defendant District of Columbia is not well-placed to argue authoritatively for dismissal of Plaintiff's 42 U.S.C. § 1981 claim against Defendant Fanone

3. that Plaintiff has properly filed a well-pleaded amended complaint alleging facts sufficient to sustain a claim of violation of 42 U.S.C. § 1981; and

4. that Plaintiff's reasons are set forth fully in the accompanying Memorandum of Points and Authorities, here incorporated by reference.

Respectfully Submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301)599-7620
(301)599-7623 (FAX)
Bar No. MD 14639
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of Plaintiff's Opposition to Defendant Remy's Motion to Dismiss was delivered this 18th day of October, 2005, via facsimile and first class mail, postage pre-paid, to:

>Urenthea McQuinn
>Assistant Attorney General
>441 4th Street, N.W., Suite 6 South 47
>Washington, D.C.   20001
>
>Fax: (202) 727-0431

                                                                                              _____
                                                                                     Jimmy A. Bell, Esq.