IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** | : |
| Plaintiff, | : **Case No.: 1:05-cv-01446-PLF** |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| Defendants. | : |

## ORDER

    Upon consideration of Defedant's Motion to Dismiss, Plaintiff's Opposition thereunto, and in the interests of justice, it is, this _____ day of _____, 2005, hereby

    ORDERED, that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is DENIED.

                                             _____
                                             United States District Judge