UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICIA Y. ALFRED,                          )
                                           )
                    Plaintiff,             )
                                           )
         v.                                )        Civil Action No. 05-1446 (PLF)
                                           )
DISTRICT OF COLUMBIA, et al.               )
                                           )
                    Defendants.            )
                                           )

FILED

JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On July 22, 2005, plaintiff filed a complaint in this Court against the District of

Columbia and Officer Michael Fanone, in his individual capacity. Plaintiff is required under Rule

4(l) of the Federal Rules of Civil Procedure to provide the Court with proof of service upon each

defendant. Furthermore, Rule 4(m) states that if the plaintiff does not serve the summons and

complaint upon a defendant "within 120 days after the filing of the complaint, the court, upon

motion or on its own initiative after notice to the plaintiff, shall dismiss the action without

prejudice as to that defendant or direct that service be effected within a specified time."

Fed.R.Civ.P. 4(m). In this case, the plaintiff has not submitted proof of service as to either

defendant.

A summons issued as to the District of Columbia on August 22, 2005, and

counsel for the District of Columbia entered an appearance on August 9, 2005, effectively

acknowledging service. See Fed. R.Civ. P. 4(l) ("Failure to make proof of service does not affect

the validity of the service."). On October 18, 2005, the plaintiff filed a motion for the Court to

issue a summons as to Officer Michael Fanone. It was the plaintiff's responsibility to obtain a

summons from the Clerk of the Court. Evidently the plaintiff finally did so because a summons

issued as to Officer Michael Fanone on December 5, 2005 even though the Court has not acted on plaintiff's motion for the Court to issue a summons. The plaintiff has not submitted proof of service as to Officer Michael Fanone. The 120-day deadline to serve Officer Fanone, pursuant to Fed. R. Civ. P. 4(m) was November 19, 2005. Accordingly, it is hereby

ORDERED plaintiff's motion for the Court to issue a summons as to Officer Michael Fanone [10] is DENIED as moot; and it is

FURTHER ORDERED that plaintiff shall show cause on or before February 13, 2006 why this case should not be dismissed as to Officer Michael Fanone, in his individual capacity, for failure to complete service of process.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1 30 06

2