IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALICIA Y. ALFRED, | : | |
| Plaintiff, | : | Civil Case No.: 1:05-cv-01446-PLF |
| v. | : | |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO THE
COURT'S JANUARY 31, 2006, ORDER TO SHOW CAUSE**

COMES NOW PLAINTIFF, Alicia Y. Alfred, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., pursuant to Order of the Court dated January 31, 2006 (Paper No. 14), and hereby files this Memorandum in Response to the Court's January 31, 2006, Order to Show Cause. For cause, Plaintiff states:

1. Plaintiff has co-filed with this response a Consent Motion for leave of court to file her second amended complaint.

2. Plaintiff's second amended complaint does not name Officer Michael Fanone ("Officer Fanone") as a defendant.

3. Plaintiff has thus effectively dismissed Officer Fanone without prejudice from this action.

4. Plaintiff respectfully requests therefore that this Court discharge the Show Cause Order of January 31, 2006.

Respectfully submitted,


_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639

Case 1:05-cv-01446-PLF   Document 15   Filed 02/10/2006   Page 2 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALICIA Y. ALFRED,** | : | |
| Plaintiff, | : | Civil Case No.: 1:05-cv-01446-PLF |
| v. | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Plaintiff's Memorandum in Response, and in the interests of justice, it is this _____, day of _____, 2006, hereby

ORDERED that the Show Cause Order of January 31, 2006, shall be and hereby is DISCHARGED.

_____
United States District Court Judge