IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, | : |
| Plaintiff, | : Civil Case No.: 1:05-cv-01446-PLF |
| v. | : |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE OF COURT TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT**

COMES NOW PLAINTIFF, Alicia Y. Alfred, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1, and respectfully submits this Consent Motion for Leave of Court to File Plaintiff's Second Amended Complaint. Plaintiff's arguments in support of this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities, here incorporated by reference.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. MD 14639
*Counsel for Plaintiff Alicia Y. Alfred*

Dated: February 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALICIA Y. ALFRED, | : | |
| Plaintiff, | : | Civil Case No.: 1:05-cv-01446-PLF |
| v. | : | |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW PLAINTIFF, Alicia Y. Alfred, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Memorandum of Points and Authorities in Support of Plaintiff's Consent Motion for Leave of Court to File Plaintiff's Second Amended Complaint.

For cause, Plaintiff states the following:

1. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded." Foman v. Davis, 371 U.S. 178, 182, 83 S. Ct. 227 (1962); see also, Material Supply Int'l, Inc. v. Sunmatch Indus. Co., 146 F.3d 983, 991 (D.C. Cir. 1998).

2. Plaintiff has suffered injury as a result of discrimination and negligence by Defendant District of Columbia.

3. Plaintiff seeks to amend the Complaint to reflect this discrimination and negligence that have directly resulted in the injuries Plaintiff sustained.

4. Plaintiff's counsel contacted counsel for the Defendant, Urenthea McQuinn, on February 10, 2006, to seek consent to Plaintiff's Motion. Counsel for the Defendant consents to Plaintiff's Motion.

5. Defendant will thus not be prejudiced if Plaintiff's Motion is granted.

6. Plaintiff will be prejudiced if Plaintiff's Motion is not granted, because she will not have relief of Defendant to which she is entitled.

7. Litigation will not be unduly delayed nor burdened inappropriately, nor justice be stayed, if Plaintiff's Motion is granted.

WHEREFORE, for the foregoing reasons, Plaintiff Alfred requests that this Honorable Court GRANT the Plaintiff's Motion for Leave of Court to File Plaintiff's Second Amended Complaint.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. MD 14639

*Counsel for Plaintiff Alicia Y. Alfred*

Dated: February 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                         :
**ALICIA Y. ALFRED,**                 :
                                                         :
     **Plaintiff,**                  :        Civil Case No.: 1:05-cv-01446-PLF
                                                         :
v.                                                  :
                                                   :
**DISTRICT OF COLUMBIA,**  :
                                                 :
     **Defendant.**         :
_____  :

## ORDER

Upon consideration of Plaintiff's Consent Motion for Leave of Court to File Plaintiff's Second Amended Complaint, and in the interests of justice, it is this _____, day of _____, 2006,

ORDERED that Plaintiff's Motion shall be, and hereby is, GRANTED.

                                                      _____
                                                      United States District Judge