IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA ,<br>    Defendant. | Civil Action No. 1:05cv01446 (PLF) |

## DEFENDANT'S NOTICE TO THE COURT

  Defendant District of Columbia hereby requests that the Court apply its Motion to Dismiss Plaintiff's Amended Complaint to Plaintiff's Second Amended Complaint inasmuch as the documents are almost identical. The only difference in the Second Amended Complaint is that plaintiff removed Officer Michael Fanone as a defendant from her Second Amended Complaint after a show cause order from the Court indicating the lack of proper service on Officer Fanone.

            Respectfully submitted,

            ROBERT J. SPAGNOLETTI
            Attorney General for the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General
            Civil Litigation Division

            /s/
            NICOLE L. LYNCH [D.C. Bar #471953]
            Chief, General Litigation, Section II

            /s/
            URENTHEA McQUINN [D.C. Bar #182253]
            Assistant Attorney General
            441 4th Street, N.W.

Suite 6South47
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

February 27, 2006