UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,          )<br>                            )<br>     Plaintiff,            )<br>                            )<br>     v.                     )<br>                            )<br>DISTRICT OF COLUMBIA,       )<br>                            )<br>     Defendant.            )<br>                            ) | Civil Action No. 05-1446 (PLF) |

ORDER

The Court has before it defendant's motion to dismiss the complaint. This motion was filed on August 9, 2005. On September 14, 2005, the Court granted plaintiff's motion for leave to file an amended complaint. On October 5, 2005, defendant filed a motion to dismiss the amended complaint. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss the [original] complaint [2] is DENIED as moot without prejudice.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 9, 2006