## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ALICIA Y. ALFRED,**
                    **Plaintiff,**


        **v.**                                   **Civil Action No. 05-1446 PLF**


**DISTRICT OF COLUMBIA,**
                    **Defendant.**

### DEFENDANT DISTRICT OF COLUMBIA'S ANSWER TO THE SECOND AMENDED COMPLAINT

Defendant District of Columbia hereby submits its Answer to the Second Amended Complaint in the above-captioned case.

### First Defense

The Amended Complaint fails to state a claim upon which relief may be granted.

### Second Defense

### Answer to the Amended Complaint

1. Defendants state that the allegations contained in paragraph 1 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

### JURISDICTION

2. Defendants state that the allegations contained in paragraph 2 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

### VENUE

3. Defendant states that the allegations contained in paragraph 3 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

## STATEMENT OF FACTS

4. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 4 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

5. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 5 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

6. Defendant admits that the District of Columbia is a municipal corporation, and that Metropolitan Police Officer Michael Fanone is one of its employees.  Defendant states that further allegations in paragraph 6 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

7.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 7 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

8.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 8 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

9. Defendant admits the allegations contained in paragraph 9 of the Amended Complaint.

10. Defendant states that the allegations contained in paragraph 10 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

11. Defendants state that the allegations contained in paragraph 11 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

12. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 12 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

13. Defendant admits the allegations contained in paragraph 13 of the Amended Complaint.

14. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 14 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

15. Defendant admits the allegations contained in paragraph 15 of the Amended Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Amended Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Amended Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Amended Complaint.

19. Defendant denies the allegations contained in paragraph 19 of the Amended Complaint.

20. Defendant denies that plaintiff asked for Officer Fanone's card, and states that Officer Fanone provided it to her without having been asked for it.

21. Defendant admits the allegations contained in paragraph 21 of the Amended Complaint.

22. Defendant denies the allegations contained in paragraph 22 of the Amended Complaint.

23. Defendant denies the allegations contained in paragraph 23 of the Amended Complaint.

24. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 24 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

25. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 25 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

26. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 26 of the Amended Complaint.

27. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 27 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

28. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 28 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

29. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 29 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

30. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 30 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

31. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 31 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

32. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 32 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

33. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 33 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

34. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 34 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

35. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 35 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

36. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 36 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

37. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 37 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

38. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 38 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

39. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 39 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

40. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 40 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

41. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 41 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

42. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 42 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

43. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 43 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

44. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 44 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

45. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 45 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

46. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 46 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

47. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 47 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

48. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 48 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

49. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 49 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

50. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 50 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

51. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 51 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

52. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 52 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

53. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 53 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

54. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 54 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

55. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 55 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

56. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 56 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

57. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 57 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

58. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 58 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

59. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 59 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

60. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 60 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

61. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 61 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

62. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 62 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

63. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 63 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

64. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 64 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

65. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 65 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

66. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 66 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

67. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 67 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

68. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 68 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

69. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 69 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

70. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 70 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

71. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 71 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

72. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 72 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

73. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 73 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

74. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 74 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

75. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 75 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

76. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 76 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

77. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 77 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

78. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 78 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

79. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 79 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

80. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 80 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

81. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 81 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

82. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 82 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

83. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 83 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

84. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 84 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

85. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 85 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

86. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 86 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

87. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 87 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

88. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 88 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

89. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 89 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

90. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 90 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

91. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 91 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

92. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 92 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

93. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 93 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

94. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 94 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

95. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 95 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

96. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 96 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

97. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 97 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

98. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 98 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

99. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 99 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

100. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 100 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

101. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 101 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

102. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 102 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

103. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 103 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

104. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 104 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

105. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 105 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

106. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 106 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

107. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 107 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

108. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 108 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

109. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 109 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

110. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 110 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

111. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 111 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

112. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 112 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

113. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 113 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

114. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 114 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

115. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 115 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

116. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 116 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

117. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 117 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

118. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 118 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

119. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 119 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

120. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 120 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

121.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 121 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

122.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 122 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

123.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 123 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

124.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 124 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

125.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 125 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

126.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 126 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

127.  Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 127 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

128. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 128 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

## COUNT I
## NEGLIGENCE
## All Defendants

129. Defendant adopts and incorporates by reference, as if fully set forth herein, each and every prior response herein.

130. Defendant states that the allegations contained in paragraph 130 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

131. Defendant states that the allegations contained in paragraph 131 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

132. Defendant states that the allegations contained in paragraph 132 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

133. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 133 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

134. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 134 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

135. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 135 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

136. Defendant lacks sufficient knowledge or information at this time about the allegations contained in paragraph 136 of the Amended Complaint, and on that basis it denies them pending strict proof at trial.

137. Defendant denies the allegations contained in paragraph 137 of the Amended Complaint.

138. Defendant admits that Officer Fanone is an employee of the District of Columbia. Defendant states that the remaining allegations of paragraph 138 of the Amended complaint are conclusions of law to which no response is required.

**COUNT II**
**VIOLATION OF 42 U.S.C. §1981**
**Defendant Fanone**

139. Defendant adopts and incorporates by reference, as if fully set forth herein, each and every prior response herein.

140. Defendant states that the allegations contained in paragraph 140 of the Amended Complaint are conclusions of law by plaintiff to which no response is required.

141. Defendant denies the allegations contained in paragraph 141 of the Amended Complaint.

**RELIEF SOUGHT**

142. Defendant adopts and incorporates by reference, as if fully set forth herein, each and every prior response herein.

143 through 147. Defendant states that paragraphs 143 through 147 of the Amended Complaint constitute a prayer for relief by plaintiff to which defendant states that plaintiff is not entitled.

20

### Third Defense

Plaintiff may have failed to comply with the mandatory notice requirements of D.C. Code §12-309.

### Fourth Defense

Defendant denies all allegations of wrongdoing, including but not limited to violations of common law.

### Fifth Defense

All actions performed by defendant, its employees, servants, or agents acting within the scope of their employment, met or exceeded the applicable standard of care.

### Sixth Defense

If the plaintiff has been damaged as she alleges, such damages were the result of the plaintiff's sole, concurrent or contributory negligence and assumption of the risk, and/or other acts or omissions of plaintiff herself and or person(s) other than the defendant, and/ or person(s) not a party to this lawsuit.

### Seventh Defense

Plaintiff failed to mitigate her damages.

### Eighth Defense

Plaintiff's claims may be barred by laches, waiver, collateral estoppel, *res judicata*, unclean hands, and/or the relevant statute of limitations.

### Ninth Defense

At all times relevant, defendants District of Columbia, its employees, agents, or servants and Mayor Anthony Williams acted in conformance with pertinent rules and regulations then in effect.

### Tenth Defense

Defendants' actions were taken in good faith, or with probable cause, and/or with a reasonable good faith belief in their lawfulness.

### Eleventh Defense

The actions of defendant's agents, servants and/or employees were reasonably necessary to enforce the laws, statutes and/or regulations of the United States and/or the District of Columbia.

### Twelfth Defense

Plaintiff's claims may be barred under the doctrines of absolute immunity, discretionary immunity, governmental immunity, official immunity, qualified immunity, sovereign immunity, privilege and/or other immunity.

### Thirteenth Defense

To the extent that plaintiff was damaged and/or injured as alleged in the Complaint, said damages and/or injuries resulted from the action or failure to act of third parties not a party to this action.

### Fourteenth Defense

As a matter of law, punitive damages may not be recovered against the District of Columbia.

### Fifteenth Defense

Defendants reserve the right to assert any and all defenses that are supported by facts learned through discovery or at trial herein.

## General Denial

Defendant denies all allegations not previously admitted or otherwise answered. Defendant admits no allegations unless clearly so stated above. Defendant also reserves the right to amend its Answer and to add defenses that become apparent in discovery.

## Set-Off

Defendant District of Columbia claims a set-off against any judgment, obtained by plaintiff, for the cost of all medical and hospital treatment rendered to plaintiff by the defendant District of Columbia, directly or indirectly, including Medicaid, and a set-off for the value of any and all public benefits received directly or indirectly by plaintiff from the defendant District of Columbia.

## Jury Demand

Defendant requests a trial by the maximum number of jurors permitted by law of all issues so triable.

**WHEREFORE**, defendant District of Columbia prays that this matter be dismissed with prejudice, and that it be awarded the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

_____/s/_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Suite 6South47
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

May 5, 2006