IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>        Defendant &<br>        Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY,<br>Serve: Corporation Services Company ("CSC"),<br>Registered Agent<br>1090 Vermont Avenue, N.W.<br>Suite 430<br>Washington, D.C. 20005<br><br>and<br><br>THE ARLINGTON COUNTY POLICE<br>DEPARTMENT,<br>Serve: Arlington County Attorney Stephen Macisaac<br>2100 Clarendon Blvd.<br>Suite 403<br>Arllington, VA 22201<br>and<br>Captain Michael Dunne<br>Arlington County Police Internal Affairs Section<br>1425 N. Courthouse Road<br>Arlington, VA 22201 | Civil Action No. 05-1446 PLF |

**DEFENDANT DISTRICT OF COLUMBIA'S THIRD-PARTY COMPLAINT AGAINST THE ARLINGTON COUNTY POLICE AND THE LOJACK COMPANY**

Defendant District of Columbia ("D.C."), pursuant to F.R. Civ. P. 14(a), files this Third-Party Complaint against the Arlington County Police Department and the LoJack Company for contribution and indemnification on the following grounds:

**(1)** On February 10, 2006, plaintiff Alicia Y. Alfred filed a Second Amended Complaint alleging negligence, and the violation of 42 U.S.C. § 1981 against the District of Columbia.

**(2)** On the morning of April 25, 2005, plaintiff Alicia Y. Alfred allegedly discovered that her automobile, which was equipped with a LoJack tracking device, had been stolen (Second Amended Complaint, ¶ 7).

**(3)** Plaintiff had a contract with the LoJack Company whereby her car was equipped with a LoJack tracking device. Plaintiff alleges that she reported to the Prince Georges County Police that her car had been stolen. Her car's vehicle identification number ("VIN") and a LoJack serial number were entered into a computer system that triggered the emitting signal in her car (Second Amended Complaint, ¶¶ 8 & 12).

**(4)** On the night of April 25, 2005, District of Columbia Metropolitan Police Department ("MPD") officers, whose patrol car had LoJack tracking equipment, located plaintiff's allegedly stolen car in the District of Columbia, and notified her of the recovery.

**(5)** MPD officers arrested plaintiff's brother for the theft of plaintiff's vehicle. MPD officers also notified teletype that the vehicle had been recovered, and returned plaintiff's vehicle to her.

**(6)** According to plaintiff, she was stopped, shortly after midnight on April 26, 2005, by two different MPD police officers who informed her that her car was still emitting the LoJack stolen vehicle signal (Second Amended Complaint ¶ 26).

**(7)** On the morning of April 26, 2005, plaintiff, a uniformed United States Air Force Technical Sergeant, went to work in Arlington County, Virginia in that same car (Second Amended Complaint ¶ 34).

**(8)** At approximately 11:15 a.m. of that same morning, April 26, 2005, the Arlington

County, Virginia police officers surrounded plaintiff's car outside of her workplace. Plaintiff alleges that they handcuffed her while they ascertained whether or not her car was in fact stolen and verified plaintiff's identity. Her co-workers and supervisors observed this (Second Amended Complaint ¶ 57).

**(9)** Plaintiff alleged that the Arlington County Police pointed their guns directly at plaintiff, handcuffed her, handcuffed her too tightly and took a long time to verify her identity although she told them where her purse was in her vehicle. Plaintiff alleged further that although her supervisor was willing to vouch for who she was, the Arlington County Police would not let him do so. In addition, after the Arlington County Police verified that that plaintiff was the owner of the vehicle, they, allegedly, continued to hold her for a long period of time (Second Amended Complaint ¶¶ 42, 57, 90, 98-100).

## Indemnification and Contribution

**(10)** To the extent that plaintiff's claims for injuries, pain and suffering against the District of Columbia pertain to actions or failure to act on the part of the LoJack Company with regard to the events that transpired in Arlington County on the morning of April 26, 2005, the District of Columbia is entitled to indemnification and/or contribution from the LoJack Company.

**(11)** To the extent that plaintiff's claims for injuries, pain and suffering against the District of Columbia pertain to actions or failure to act on the part of the Arlington County Police with regard to the events that transpired in Arlington County on the morning of April 26, 2005, the District of Columbia is entitled to indemnification and/or contribution from the Arlington County Police.

**WHEREFORE,** the defendant/third-party plaintiff District of Columbia seeks the

following relief from the Court:

**(i)** An award for indemnification and contribution from the Arlington County Police Department and the LoJack Company, the third-party defendants, to third party plaintiff District of Columbia for all claims, injuries, losses, expenses, compensatory damages and liability in connection with plaintiff's claim; and

**(ii)** Other relief as the court deems just and proper under the circumstances.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/_____
>NICOLE L. LYNCH [D.C. Bar #471953]
>Chief, General Litigation, Section II
>
>_____/s/_____
>URENTHEA McQUINN [D.C. Bar #182253]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C.  20001
>(202) 724-6646
>(202) 727-0431 (Fax)
>urenthea.mcquinn@dc.gov

May 19, 2006