AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ALICIA Y. ALFRED

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER   05-1446 (PLF)
THE DISTRICT OF COLUMBIA

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ara L. Tramblian, Deputy County Attorney   as counsel in this
                                     (Attorney's Name)

case for:   Third-Party Defendant Arlington County Police Department
                         (Name of party or parties)

June 23, 2006
Date                                 Signature

                                 Ara L. Tramblian, Deputy County Attorney
468738                             Print Name
BAR IDENTIFICATION
                                 2100 Clarendon Boulevard, Suite 403
                                 Address

                                 Arlington, Virginia 22201
                                 City       State       Zip Code

                                 (703) 228-3100
                                 Phone Number