UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,          Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA,          Defendant and Third-Party Plaintiff, <br><br> v. <br><br> THE LOJACK COMPANY et al.,          Third-Party Defendants. | Civil Action # 05-1446 (PLF) |

### ORDER

This matter was before the Court on the Defendants' Motion to Dismiss or Transfer Venue; and

It appearing to the court that the motion should be granted; therefore

It is hereby ORDERED that the motion is granted and the Third-Party Complaint against the ACPD is dismissed with prejudice/transferred to the U.S. District Court for the Eastern District of Virginia.

The Clerk is directed to send copies of this Order to all counsel of record.

Entered _____, 2006.

 

_____
Paul L. Friedman, U.S. District Judge

Copies to:

Ara L. Tramblian, Deputy County Attorney
2100 Clarendon Boulevard, Suite 403
Arlington, Virginia  22201


Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Urenthea McQuinn, Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C. 20001

The LoJack Company
C/O Corporation Services Company, Registered Agent
1090 Vermont Avenue, N.W.
Suite 430
Washington, D.C. 20005