IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>        Defendant &<br>        Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY,<br>        Third Party Defendant,<br><br>and<br><br>THE ARLINGTON COUNTY POLICE<br>DEPARTMENT,<br>        Third Party Defendant. | Civil Action No. 05-1446 PLF |

**DEFENDANT DISTRICT OF COLUMBIA'S AFFIDAVIT OF SERVICE REGARDING THE ARLINGTON COUNTY POLICE DEPARTMENT**

District of Columbia
City of Washington

I, George B. Becker, Jr., do hereby depose and state as follows:

1. I am a Paralegal Specialist within the Office of the Attorney General for the District of Columbia, Civil Litigation Division, General Litigation Section II.

2. It is a part of my paralegal duties to serve legal papers on behalf of the Office of the Attorney General for the District of Columbia.

3. On June 5, 2006, I personally served the Summons and Third Party Complaint in the above-captioned case on the Arlington County Police Department, c/o Arlington County Attorney Stephen Macisaac, 2100 Clarendon Boulevard, Suite 403, Arlington, VA 22201.

4. Also, on June 6, 2006, I personally served the Summons and Third Party Complaint in the above-captioned case on the Arlington County Police Department, c/o Captain Michael Dunn, Arlington County Police Internal Affairs, 1425 N. Courthouse Road, Arlington, VA 22201.

*George Becker Jr* (signature)
By: **George B. Becker, Jr.**
**Paralegal Specialist**

Subscribed and sworn to before me this ___27___ day of ___June___ 2006. In witness whereof, I hereunto set my hand and affixed my official seal in the City of Washington, District of Columbia.

_____
Notary Public

My commission expires: Jan 31, 2009

June 27, 2006

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

Alicia Y. Alfred

V. DEFENDANT AND THIRD PARTY PLAINTIFF

The District of Columbia

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 05-1446 (PLF)

V. THIRD PARTY DEFENDANT

The LoJack Company
And
The Arlington County Police Department

To: Name and address of Third Party Defendant

| | | |
|---|---|---|
| The LoJack Company<br>Serve: Corporation Services Co.<br>Registered Agent<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | The Arlington County Police Dept.<br>Serve: Arlington Co. Attorney Stephen Macisaac<br>2100 Clarendon Boulevard<br>Suite 403<br>Arlington, VA 22201 | Serve also: Captain Michael Dunne<br>Arlington Co. Police Internal Affairs<br>1425 N. Courthouse Road<br>Arlington, VA 22201 |

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Jimmy A. Bell
9610 Marlboro Pike
Upper Marlboro, MD  20772

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)
Urenthea McQuinn
Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C.  20001

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                             6/1/06

CLERK   T. Davis                                         DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: June 5, 2006 |
| NAME OF SERVER: George B. Becker Jr. | TITLE: Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 2100 Clarendon Boulevard Suite 403 Arlington, VA 22201 The Arlington Co. Attorney Stephen Macisaac

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/05/2006
            Date

*Signature of Server* /s/ George Becker Jr.

441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

Alicia Y. Alfred

V. DEFENDANT AND THIRD PARTY PLAINTIFF

The District of Columbia

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 05-1446 (PLF)

V. THIRD PARTY DEFENDANT

The LoJack Company
And
The Arlington County Police Department

To: Name and address of Third Party Defendant

| | | |
|---|---|---|
| The LoJack Company<br>Serve: Corporation Services Co.<br>Registered Agent<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | The Arlington County Police Dept.<br>Serve: Arlington Co. Attorney Stephen Macisaac<br>2100 Clarendon Boulevard<br>Suite 403<br>Arlington, VA 22201 | Serve also: Captain Michael Dunne<br>Arlington Co. Police Internal Affairs<br>1425 N. Courthouse Road<br>Arlington, VA 22201 |

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Jimmy A. Bell
9610 Marlboro Pike
Upper Marlboro, MD 20772

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Urenthea McQuinn
Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C. 20001

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                         6/1/06

CLERK                                              DATE

T. Davis

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: June 6, 2006 |
| NAME OF SERVER: George B. Becker Jr. | TITLE: Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 1425 N. Courthouse Road, Arlington, VA 22201, Captain Michael Dunne

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/06/2006
            *Date*

*Signature of Server:* George Becker Jr.

441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.