**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALICIA Y. ALFRED,**<br>          **Plaintiff,**<br><br>                    v.<br><br>**DISTRICT OF COLUMBIA,**<br>          **Defendant &**<br>          **Third Party Plaintiff,**<br><br>                    v.<br><br>**THE LOJACK COMPANY,**<br>          **Third Party Defendant,**<br><br>**and**<br><br>**THE ARLINGTON COUNTY POLICE DEPARTMENT,**<br>          **Third Party Defendant.** | **Civil Action No. 05-1446 PLF** |

**DEFENDANT/THIRD PARTY PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THIRD PARTY DEFENDANT ARLINGTON COUNTY POLICE'S MOTION TO DISMISS OR TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 6(b), defendant/third party plaintiff District of Columbia files this consent motion for an extension of time – from July 5, 2006 to and including July 14, 2006 -- within which to file a response to the Motion of Third Party Defendant Arlington County Police Department to Dismiss or Transfer Venue.  Further, the District consents to the third party defendant Arlington County Police filing a Reply on or before July 28, 2006.  Please see the accompanying Memorandum of Points and Authorities in support of this motion.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/_____
>NICOLE L. LYNCH [D.C. Bar #471953]
>Chief, General Litigation, Section II
>
>_____/s/_____
>URENTHEA McQUINN [D.C. Bar #182253]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6646
>(202) 727-0431 (Fax)
>urenthea.mcquinn@dc.gov

July 3, 2006

## Certification

Pursuant to LCvR 7(m), the undersigned counsel for defendant/third party plaintiff telephoned third party defendant Arlington County Police's counsel, Ara L. Tramblian, on July 2nd and 3rd, 2006. On July 3rd, 2006, Mr. Tramblian consented to this motion that the District would have until July 14th, 2006 to file a response, and the District consented to the third party defendant filing a Reply on or before July 28th, 2006.

>_____/s/_____
>**Urenthea McQuinn**
>**Assistant Attorney General, D.C.**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALICIA Y. ALFRED,<br>     Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>     Defendant &<br>     Third Party Plaintiff,<br><br>    v.<br><br>THE LOJACK COMPANY,<br>     Third Party Defendant,<br><br>and<br><br>THE ARLINGTON COUNTY POLICE DEPARTMENT,<br>     Third Party Defendant. | Civil Action No. 05-1446 PLF |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT/THIRD PARTY PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THIRD PARTY DEFENDANT ARLINGTON COUNTY POLICE'S MOTION TO DISMISS OR TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 6(b), defendant/third party plaintiff District of Columbia files this consent motion for an extension of time – from July 5, 2006 to and including July 14, 2006 -- within which to file a response to the Motion of Third Party Defendant Arlington County Police Department to Dismiss or Transfer Venue. The reason for this motion is that the undersigned will be on scheduled leave during the week of July 5th, 2006, and out of town. The extension requested is brief in that the District will file its response the following week. Consequently, defendant/third party plaintiff requests this additional time. Third party defendant, Arlington County Police Department, has consented to this motion, and the District has consented to the third party defendant Arlington County Police filing its Reply on or before July 28, 2006.

3

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

　　　/s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II
General Litigation, Section II

　　　/s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

July 3, 2006