IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>      Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br>      Defendant &<br>      Third Party Plaintiff,<br><br>      v.<br><br>THE LOJACK COMPANY,<br>      Third Party Defendant,<br><br>and<br><br>THE ARLINGTON COUNTY POLICE DEPARTMENT,<br>      Third Party Defendant. | Civil Action No. 05-1446 PLF |

## ORDER

Upon consideration of the defendant/third party plaintiff's Motion for an Extension of Time – from July 5, 2006 to and including July 14, 2006 -- within which to file a response to the Motion of Third Party Defendant Arlington County Police Department to Dismiss or Transfer Venue, any opposition thereto, and the entire record herein, it is this _____ day of _____ , 2006,

**ORDERED:** that the defendant/third party plaintiff's consent motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the defendant/third party plaintiff is to respond to the Motion of Third Party Defendant Arlington County Police Department to Dismiss or

Transfer Venue on or before July 14, 2006, and is

**FURTHER ORDERED:** that the third party defendant, Arlington County Police Department, is to file its Reply to the District's response on or before July 28, 2006.

> **THE HONORABLE PAUL L. FRIEDMAN**
> **United States District Court Judge**

July 3, 2006