IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br>　　　　　Defendant &<br>　　　　　Third Party Plaintiff,<br><br>　　v.<br><br>THE LOJACK COMPANY,<br>　　　　　Third Party Defendant,<br><br>and<br><br>THE ARLINGTON COUNTY POLICE<br>DEPARTMENT,<br>　　　　　Third Party Defendant. | Civil Action No. 05-1446 PLF |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that I sent a copy of Defendant District of Columbia's Responses and Objections to Plaintiff's First Request for Admissions via regular mail, first class postage prepaid, on the 6th day of July, 2006, to the following persons:

**Jimmy A. Bell**
Attorney for Plaintiff
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)

**Corporation Services Co.**
Registered Agent for the LoJack Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005
(202) 408 3121
(202) 408-3141 (Fax)

**Stephen A. MacIsaac,** County Attorney
**Ara L. Tramblian,** Deputy County Attorney
**Carolyn E. Kane,** Assistant County Attorney
Attorneys for Third Party Defendant Arlington County Police
2100 Clarendon Boulevard
Suite 403
Arlington, VA 22201
(703) 228-3100
(703) 228-7106 (Fax)

      I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                                   /s/
                                              NICOLE L. LYNCH [D.C. Bar #471953]
                                              Chief, General Litigation, Section II

                                                   /s/
                                              URENTHEA McQUINN [D.C. Bar #182253]
                                              Assistant Attorney General
                                              441 4th Street, N.W.
                                               Sixth Floor South
                                              Washington, D.C.  20001
                                              (202) 724-6646
                                              (202) 727-0431 (Fax)
                                              urenthea.mcquinn@dc.gov

July 6, 2006