IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br>　　　　Defendant &<br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>THE LOJACK COMPANY,<br>　　　　Third Party Defendant,<br><br>and<br><br>THE ARLINGTON COUNTY POLICE DEPARTMENT,<br>　　　　Third Party Defendant. | Civil Action No. 05-1446 PLF |

**DEFENDANT/THIRD PARTY PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY**

Pursuant to LCvR 7, defendant/third party plaintiff District of Columbia hereby moves for an extension of time within which to respond to plaintiff's discovery from July 13 2006 to and including August 14, 2006. Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　Civil Litigation Division
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　NICOLE L. LYNCH [D.C. Bar #471953]
　　　　　　　　　　　　　　　　　Chief, General Litigation, Section II

/s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

July 12, 2006

### Certification

Pursuant to LCvR 7(m), the undersigned counsel for defendant/third party plaintiff telephoned plaintiff's counsel, Jimmy Bell, on July 10, 2006, and left a detailed message with his office staff regarding the mature of this motion and a request for consent.  Mr. Bell did not return this call.

/s/ Urenthea McQuinn
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

July 12, 2006

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant &<br>    Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY,<br>    Third Party Defendant,<br><br>and<br><br>THE ARLINGTON COUNTY POLICE<br>DEPARTMENT,<br>    Third Party Defendant. | Civil Action No. 05-1446 PLF |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT/THIRD PARTY PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Pursuant to LCvR 7(a), defendant District of Columbia hereby files a motion for an extension of time to respond to discovery in this case from July 13, 2006, to and including August 11, 2006. Defendant needs the additional time to obtain more information about this case.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

       /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

4

                                      /s/
                        URENTHEA McQUINN [D.C. Bar #182253]
                        Assistant Attorney General
                        441 4th Street, N.W.
                         Sixth Floor South
                        Washington, D.C.  20001
                        (202) 724-6646
                        (202) 727-0431 (Fax)
                        urenthea.mcquinn@dc.gov

July 12, 2006