IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** <br>       Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br>       Defendant & <br>       Third Party Plaintiff, <br><br> v. <br><br> **THE LOJACK COMPANY,** <br>       Third Party Defendant, <br><br> and <br><br> **THE ARLINGTON COUNTY POLICE DEPARTMENT,** <br>       Third Party Defendant. | Civil Action No. 05-1446 PLF |

**ORDER**

Upon consideration of the defendant/third party plaintiff District of Columbia's Motion for an Extension of Time – from <u>July 13, 2006</u> to and including <u>August 14, 2006</u> -- within which to respond to plaintiff's discovery, any opposition thereto, and the entire record herein, it is this _____ day of _____ , 2006,

**ORDERED:** that the defendant/third party plaintiff's motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the defendant/third party plaintiff is to respond to the plaintiff's discovery on or before <u>August 14, 2006</u>.

                                        **THE HONORABLE PAUL L. FRIEDMAN**
                                        **United States District Court Judge**

July 12, 2006