UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action # 05-1446 (PLF) |
| DISTRICT OF COLUMBIA, | ) |
|     Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| THE LOJACK COMPANY et al., | ) |
|     Third-Party Defendants. | ) |

REPLY TO THIRD PARTY PLAINTIFF DISTRICT OF COLUMBIA'S
OPPOSITION TO THE THIRD PARTY DEFENDANT
ARLINGTON COUNTY POLICE DEPARTMENT'S MOTION TO TRANSFER VENUE

    The Third Party Defendant, the Arlington County Police Department ("ACPD") by counsel, and in response to the Third Party Plaintiff's Opposition to its motion to dismiss, states as follows:

    1. The District of Columbia proffers as its defense to the ACPD's Motion to Dismiss its claim that it has filed an Amended Third Party Complaint naming five new parties, the County and four individual Arlington County police officers, as third-party defendants, making the ACPD's Motion to Dismiss moot.[1]

    2. No such document has been either served or filed. Further, it would be inappropriate for the District to file such a document, as it has failed to obtain court approval for any Amended

---

[1] The District's Opposition falsely asserts that the ACPD contended that the individual Arlington officers and Arlington County should have been sued as proper parties. The ACPD has never claimed that Arlington County or the individual police officers should have been sued.

Third Party Complaint. Fed.R.Civ.Pro. 21 provides that "[p]arties may be … added by order of the court on motion of any party…" The District has filed no such motion. Accordingly, if and when such an Amended Third party Complaint is filed, it should be stricken.[2]

3. The pending Motion remains unopposed. As the Amended Third Party Complaint has not been filed or otherwise served prior to the deadline for the filing of the District's opposition and the response fails to meet the substance of the motion itself, the Court should treat the ACPD's Motion to Dismiss as unopposed by the District of Columbia.

4. Any Third Party Complaint naming additional parties and correcting the District's failure to properly name the appropriate third-party defendant does _not_ correct the serious substantive flaws in the Third Party Complaint as outlined in the ACPD's Motion to Dismiss previously filed with this Court.

5. The District did not address any of the substantive issues raised in the Motion filed by the ACPD. The District cites not a single case to address the fundamental problem that it cannot seek indemnity or contribution from any Arlington entity or employee under the facts of the underlying case.

The ACPD incorporates herein by reference its previously filed motion in this cause.

Therefore, the ACPD, by counsel, respectfully requests that this Honorable Court grant its Motion to Dismiss and for such further relief as this Court deems appropriate to include, but not limited to, an award of attorneys' fees and costs.

                                                         ARLINGTON COUNTY POLICE DEPARTMENT

                                                         By Counsel

---

[2] Were the District to file such a motion, it would be opposed as a futile amendment, for the same reasons set forth in detail in the ACPD's motion to dismiss.

Stephen A. MacIsaac, County Attorney
D.C. Bar # 362530


/s/ Ara L. Tramblian
_____
Ara L. Tramblian, Deputy County Attorney
D.C. Bar # 468738
Carolynn E. Kane, Assistant County Attorney
D.C. Bar # 431835
2100 Clarendon Boulevard, Suite 403
Arlington, Virginia  22201
(703) 228-3100
Counsel for the Defendant Arlington Police Department

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via electronic filing, on:

Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Urenthea McQuinn, Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C. 20001

and was mailed, first-class postage prepaid, to

The LoJack Company
C/O Corporation Services Company, Registered Agent
1090 Vermont Avenue, N.W.
Suite 430
Washington, D.C. 20005

on July 24, 2006.

/s/ Ara L. Tramblian
_____