UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____)<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>ARLINGTON COUNTY, VIRGINIA, et al., )<br>)<br>Third Party Defendants. )<br>_____) | **FILED**<br><br>JUL 3 1 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br><br>Civil Action No. 05-1446 (PLF) |

ORDER

The Court has before it defendant Arlington County Police Department's motion to dismiss the third-party complaint or transfer venue. This motion was filed on June 23, 2006. On July 14, 2006 the third-party plaintiff, District of Columbia, filed an amended third-party complaint as of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. As stated at the status conference held on July 28, 2006, the Court will permit the amendment of the third-party complaint over objection. The amended third-party complaint substitutes Arlington County, Virginia as defendant for Arlington County Police Department, thereby rendering Arlington County Police Department's motion to dismiss moot, as it is no longer a party to this

suit.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss the [original] third-party complaint or, in the alternative, to transfer venue [26] is DENIED as moot without prejudice; and it is

FURTHER ORDERED that any further dispositive motions shall be filed on or before September 15, 2006; oppositions shall be filed on or before October 16, 2006; and replies, if any, shall be filed on or before October 31, 2006.

SO ORDERED

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/31/06