IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED | : |
| Plaintiff | : |
| v. | : |
| DISTRICT OF COLUMBIA | : Civil Action No.: 05-1446 (PLF) |
| Defendant/Third Party Plaintiff | : |
| v. | : |
| THE LOJACK COMPANY, et al. | : |
| Third-Party Defendants | : |

**ANSWER OF DEFENDANT, THE LOJACK COMPANY TO AMENDED THIRD-PARTY COMPLAINT OF THE DISTRICT OF COLUMBIA**

COMES NOW the Third Party Defendant, The Lojack Company, by and through its attorneys, Warren D. Stephens, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and for Answer to the Amended Third-Party Complaint filed herein, states as follows:

**FIRST DEFENSE**

1.   The allegations contained in paragraph 1 of the Amended Third-Party Complaint are admitted.

2.   The allegations contained in paragraphs 2 through 9 of the Amended Third-Party Complaint merely set forth allegations contained in Plaintiff's Second Amended Complaint against the District of Columbia.

3.   Paragraph 10 of the Amended Third-Party Complaint does not set forth any factual assertions. The Amended Third-Party

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Complaint does not set forth any facts supporting any acts or omissions on the part of The LoJack Company and therefore, all statements made in the Complaint are denied.

4. Paragraph 11 of the Amended Third-Party Complaint makes no assertion of fact and is therefore, denied.

5. Any allegations not specifically addressed are denied.

## SECOND DEFENSE

The Amended Third Party Complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

This Court lacks jurisdiction over the subject matter of this action.

## FOURTH DEFENSE

This Court lacks jurisdiction over the person of the Third Party Defendant.

## FIFTH DEFENSE

The causes of action asserted by the Plaintiff and Third Party Plaintiff did not accrue within the applicable statute or statutes of limitations.

## SIXTH DEFENSE

The Third Party Defendant affirmatively asserts that the injuries and/or damages allegedly sustained by the Plaintiff were caused by the sole, concurring or contributory negligence of the Plaintiff and/or Third Party Plaintiff.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

### SEVENTH DEFENSE

The Third Party Defendant affirmatively asserts that Plaintiff assumed the risk of Plaintiff's injuries and/or damages.

### EIGHTH DEFENSE

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already parties.

### NINTH DEFENSE

The Defendant did not commit the wrongs as alleged.

### TENTH DEFENSE

The Amended Third-Party Complaint is barred insofar that it fails to assert any facts or omissions or any theory of liability on the part of The LoJack Company.

### ELEVENTH DEFENSE

The Amended Third-Party Complaint is barred in that the District of Columbia has no basis for contribution or indemnification against The LoJack Company.

### TWELFTH DEFENSE

To the extent that the District of Columbia was sued for a violation of 42 USC §1981, it has no right to contribution or indemnification.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**THIRTEENTH DEFENSE**

The Third Party Defendant retains the right to add defenses to this Answer as discovery develops.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

By: "/s/ Warren D. Stephens"
Warren D. Stephens
4601 Forbes Boulevard
Suite 200, P.O. Box 40
Lanham, Maryland 20703-0040
(301) 306-4300

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**REQUEST FOR JURY TRIAL**

Defendant, through counsel, respectfully requests a trial by jury as to all issues contained herein.

"/s/ Warren D. Stephens"
Warren D. Stephens

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st of August, 2006, I mailed, postage-prepaid, a copy of the foregoing Answer, to:

Jimmy A. Bell, Esquire
LAW OFFICES OF JIMMY A. BELL, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
**Counsel for Plaintiff**

Urenthea McQuinn, Esq.
Office of Attorney General
441 4th Street, NW
5th Floor South
Suite 600
Washington, DC 20001
**Counsel for District of Columbia**

Ara L. Tramblian
Arlington County Attorney's Office
2100 Clarendon Boulevard
Suite 403
Arlington, VA 22201-5447
**Counsel for Arlington County Police Department**

"/s/ Warren D. Stephens"
Warren D. Stephens

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
-----
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L23\wds\Alfred v Lojack Corp\Pleadings\Ans to Am Third-Party Complaint.wpd