UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action # 05-1446 (PLF) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant and Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE LOJACK COMPANY et al., | ) |
| | ) |
|     Third-Party Defendants. | ) |

ORDER

This matter was before the Court on the Motion to Dismiss the Amended Third-Party Complaint or Transfer Venue filed by the Third-Party Defendants Arlington County, VA, DiGeronimo, Giambrone, Bennett and Rodriguez; and

It appearing to the court that the motion should be granted; therefore

It is hereby ORDERED that the motion is granted and the Third-Party Complaint against the Third-Party Defendants Arlington County, VA, DiGeronimo, Giambrone, Bennett and Rodriguez is dismissed with prejudice/transferred to the U.S. District Court for the Eastern District of Virginia.

The Clerk is directed to send copies of this Order to all counsel of record.

Entered _____, 2006.

_____
Paul L. Friedman, U.S. District Judge

Copies to:

Ara L. Tramblian, Deputy County Attorney
2100 Clarendon Boulevard, Suite 403
Arlington, Virginia  22201

Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Urenthea McQuinn, Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C. 20001

Warren D. Stephens, Esq.
DeCaro, Doran, Siciliano, Gallagher, & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200, P.O. Box 40
Lanham, Maryland 20703-0040