IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>            Plaintiff,<br><br>       v.<br><br>DISTRICT OF COLUMBIA,<br>            Defendant &<br>            Third Party Plaintiff,<br><br>       v.<br><br>THE LOJACK COMPANY, *et al.*,<br>            Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO ARLINGTON COUNTY'S MOTION TO DISMISS OR TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for a brief extension of time – from October 16, 2006 to and including October 31, 2006 -- within which to file a Response to third party defendant Arlington County, Virginia's Motion to Dismiss or Transfer Venue.

Please see the accompanying Memorandum of Points and Authorities in support of this motion.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

    /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

    /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

## Certification

Pursuant to LCvR 7(m), on October 11, 2006, the undersigned counsel for defendant District of Columbia telephoned third party defendant Arlington County Virginia's counsel Ara Tramblian and Stephen Mcisaac and left a voice mail message requesting consent to this motion. Neither has given his consent as of this filing.

    /s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br>　　　　**Defendant &**<br>　　　　**Third Party Plaintiff,**<br><br>　　v.<br><br>**THE LOJACK COMPANY,** *et a***l.,**<br>　　　　**Third Party Defendants.** | **Civil Action No. 05-1446 (PLF)** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO ARLINGTON COUNTY'S MOTION TO DISMISS OR TRANSFER VENUE

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of time – from October 16, 2006 to and including October 31, 2006 -- within which to file a response to third party defendant Arlington County, Virginia's Motion to Dismiss or Transfer Venue. Due to the press of numerous matters at once, the undersigned requests additional time within which to respond. On September 5, 2006, the undersigned had a three day trial in Superior Court, *Brannum v. The District of Columbia*. When that ended the undersigned had to continue preparation for a September 25, 2006 trial, *Oliver v. The District of Columbia*. That case settled two days before trial. It is not likely that any party herein would be prejudiced by this requested two weeks extension.

Respectfully submitted,

3

>ROBERT J. SPAGNOLETTI
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>          /s/
>NICOLE L. LYNCH [D.C. Bar #471953]
>Chief, General Litigation, Section II
>General Litigation, Section II
>
>          /s/
>URENTHEA McQUINN [D.C. Bar #182253]
>Assistant Attorney General
>441 4th Street, N.W.
> Sixth Floor South
>Washington, D.C.  20001
>(202) 724-6646
>(202) 727-0431 (FAX)
>urenthea.mcquinn@dc.gov

October 13, 2006