## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ALICIA Y. ALFRED,

    **Plaintiff,**

        **v.**

**Civil Action No. 05-1446 (PLF)**

DISTRICT OF COLUMBIA,
            **Defendant &**
            **Third Party Plaintiff,**

    **v.**

THE LOJACK COMPANY, *et al*.,
           **Third Party Defendants.**

### ORDER

Upon consideration of the defendant District of Columbia's Motion for an Extension

of Time – from October 16, 2006 to and including October 31, 2006  -- within which it is to

file a response to third party defendant Arlington County, Virginia's Motion to Dismiss, any

opposition thereto, and  the entire record herein, it is this _____ day of _____

_____ , 2006,

    **ORDERED:** that the defendant's motion hereby is GRANTED; and it is

    **FURTHER ORDERED:** that the date upon which defendant District of Columbia

is to file a response to third party defendant Arlington County, Virginia's Motion to Dismiss

or Transfer Venue is October 31, 2006.

_____
**THE HONORABLE PAUL L. FRIEDMAN**
**United States District Court Judge**

October 13, 2006