UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action # 05-1446 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant and Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE LOJACK COMPANY et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

RESPONSE OF THE THIRD-PARTY DEFENDANTS ARLINGTON COUNTY, VIRGINIA, OFFICER R. BENNETT, OFFICER MARK DIGERONIMO, OFFICER ROBERT GIAMBRONE, AND OFFICER W. RODRIGUEZ TO THE DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS OR TRANSFER VENUE

The third-party defendants, Arlington County, Virginia, and Officers Bennett, DiGeronimo, Giambrone and Rodriguez,[1] (collectively the "Arlington third-party defendants") by counsel, respond to the District of Columbia's Motion for an Extension of Time to Respond to the Motion to Dismiss as follows:

1. The District's Motion implies that the Arlington Third-Party Defendants' counsel would not respond to the District's request for an extension of time. To the contrary, counsel did respond. On Thursday, October 12, 2006, the Arlington third-party defendants' counsel received a voice mail message from the District's counsel, asking whether counsel would "consent to a motion for an extension of time to respond to [the] motion to dismiss if the Court grants [the]

---

[1] While the District's Motion refers to Arlington County's motion to dismiss, the motion to dismiss was filed on behalf of the County as well as four Arlington police officers sued by the District of Columbia as well.

1

motion to transfer to Virginia." Given that the motion was a motion to dismiss or transfer venue, this request was confusing and unclear and Arlington's counsel promptly called the District's counsel, got her voice mail, and left a message for her to call back. She never returned the call, instead filing the District's motion.[2]

2. At a status conference on July 28, 2006, the Court set the current briefing schedule. It was agreed to by the District of Columbia, which was represented by two attorneys. The Court ordered the Arlington third-party defendants to file their motions to dismiss by September 15, 2006, and gave the District of Columbia thirty-one days to respond, significantly more than the time permitted under the rules. Notably, a number (but not all) of the arguments in the pending motion to dismiss are the same as those filed on behalf of the Arlington County Police Department on June 23, 2006, now almost four months ago.[3]

3. The District of Columbia claims that it needs additional time to respond to the Motion to Dismiss because counsel had a three day trial beginning on September 5, 2006. It is difficult to understand what bearing this had on the District's ability to respond to the pending motion to dismiss, as it was not filed until September 15, 2006.

4. The only other reason cited is that counsel had to prepare for another trial that was settled over two weeks ago.

5. The Arlington third-party defendants will leave the District's request for an extension of time to the Court's discretion. However, the District's request does not include a corresponding extension of time for the Arlington third-party defendant to file their reply, which by order of the Court is due on October 31, 2006. The Arlington third-party defendants request

---

[2] The County's counsel previously consented to the District's motion for an extension of time to respond to the Motion to Dismiss filed by the Arlington County Police Department.

[3] As mentioned above, the District received consent for an extension of time to respond to that motion.

2

that if the Court grants the District an extension, that an equivalent extension be made for the filing of their reply.

                                        ARLINGTON COUNTY, VA
                                        OFFICER MARK M. DIGERONIMO
                                        OFFICER ROBERT GIAMBRONE
                                        OFFICER B. BENNETT
                                        OFFICER W. RODRIGUEZ

                                        By Counsel

Stephen A. MacIsaac, County Attorney
D.C. Bar # 362530

       /s/ Ara L. Tramblian
_____
Ara L. Tramblian, Deputy County Attorney
D.C. Bar # 468738
Carolynn E. Kane, Assistant County Attorney
D.C. Bar # 431835
2100 Clarendon Boulevard, Suite 403
Arlington, Virginia  22201
(703) 228-3100
Counsel for the Third-Party Defendants Arlington County, VA
       DiGeronimo, Giambrone, Bennett, and Rodriguez

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via electronic filing, on:

Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Urenthea McQuinn, Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C. 20001

Warren D. Stephens, Esq.
DeCaro, Doran, Siciliano, Gallagher, & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200, P.O. Box 40
Lanham, Maryland 20703-0040

on September 15, 2006.

/s/ Ara L. Tramblian
_____