IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant &<br>    Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY, *et al*.,<br>    Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO ARLINGTON COUNTY'S MOTION TO DISMISS OR TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for a brief extension of time – from October 31, 2006 to and including November 3, 2006 -- within which to file a response to third party defendant Arlington County, Virginia's Motion to Dismiss or Transfer Venue. Please see the accompanying Memorandum of Points and Authorities in support of this motion.

              Respectfully submitted,

              ROBERT J. SPAGNOLETTI
              Attorney General for the District of Columbia

              GEORGE C. VALENTINE
              Deputy Attorney General
              Civil Litigation Division

> /s/
> NICOLE L. LYNCH [D.C. Bar #471953]
> Chief, General Litigation, Section II
>
> /s/
> URENTHEA McQUINN [D.C. Bar #182253]
> Assistant Attorney General
> 441 4th Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6646
> (202) 727-0431 (Fax)
> urenthea.mcquinn@dc.gov

## Certification

Pursuant to LCvR 7(m), on October 31, 2006, the undersigned counsel for defendant District of Columbia telephoned third party defendant Arlington County Virginia's counsel, Ara Tramblian, and left a message with Debbie requesting consent to this motion. Mr. Tramblian called back and did not consent.

> /s/
> **Urenthea McQuinn**
> **Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant &<br>    Third Party Plaintiff,<br><br>    v.<br><br>THE LOJACK COMPANY, *et al*.,<br>    Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO ARLINGTON COUNTY'S MOTION TO DISMISS OR TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of time – from October 31, 2006 to and including November 3, 2006 -- within which to file a response to third party defendant Arlington County, Virginia's Motion to Dismiss or Transfer Venue. The undersigned requests additional time within which to respond for the following reasons: the District of Columbia would like more time to decide whether or not it will pursue its Third Party Complaint. In addition, service of process on the remaining officers, who have not yet been served, will occur this week. Further, no party will be prejudiced by this brief delay. For the foregoing reasons, defendant asks for three additional days.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II
General Litigation, Section II

      /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

October 31, 2006