IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>            Defendant &<br>            Third Party Plaintiff,<br><br>    v.<br><br>THE LOJACK COMPANY, *et al*.,<br>            Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

## ORDER

Upon consideration of the defendant District of Columbia's Motion for an Extension of Time – from <u>October 31, 2006</u> to and including <u>November 3, 2006</u> -- within which it is to file a response to third party defendant Arlington County, Virginia's Motion to Dismiss, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED:** that the defendant's motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the date upon which defendant District of Columbia is to file a response to third party defendant Arlington County, Virginia's Motion to Dismiss or Transfer Venue is <u>November 3, 2006</u>.

                                                                  _____
                                                                  **THE HONORABLE PAUL L. FRIEDMAN**
                                                                  **United States District Court Judge**

October 31, 2006