IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>       Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>       Defendant &<br>       Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY, *et al.*,<br>       Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

## DEFENDANT DISTRICT OF COLUMBIA'S AFFIDAVIT OF PERSONAL SERVICE REGARDING OFFICER ROBERT GIAMBRONE

The Clerk of the Court will please take note of the attached Affidavit of Service of Defendant District of Columbia's Amended Third Party Complaint upon Officer Robert Giambrone personally.

                         Respectfully submitted,

                         ROBERT J. SPAGNOLETTI
                         Attorney General for the District of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General
                         Civil Litigation Division

                               /s/
                         NICOLE L. LYNCH [D.C. Bar #471953]
                         Chief, General Litigation, Section II

                               /s/
                         URENTHEA McQUINN [D.C. Bar #182253]
                         Assistant Attorney General

441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

November 3, 2006

# UNITED STATES DISTRICT COURT
## District of Columbia

ALICIA Y. ALFRED,
    Plaintiff,

v.      Civil Action No. 05-1446 PLF

DISTRICT OF COLUMBIA,
    Defendant &
    Third Party Plaintiff,

v.

THE LOJACK COMPANY,
Serve: Corporation Services Company ("CSC"),
Registered Agent
1090 Vermont Avenue, N.W.
Suite 430
Washington, D.C. 20005,
    Third Party Defendant,

and

ARLINGTON COUNTY, VA
Serve: Arlington County Attorney Stephen MacIsaac
2100 Clarendon Blvd.
Suite 403
Arlington, VA 22201,
    Third Party Defendant,

and

OFFICER MARK M. DIGERONIMO, Badge # 1005
OFFICER ROBERT GIAMBRONE, Badge # 660
OFFICER B. BENNETT, Badge # 1307
OFFICER W. RODRIGUEZ, #1219
Serve: Captain Michael Dunne
Arlington County Police Internal Affairs Section
1425 N. Courthouse Road
Arlington, VA 22201,
    Third Party Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

To: Name and address of Third Party Defendant

| | | |
|---|---|---|
| The LoJack Company<br>Serve: Corporation Services Co.<br>Registered Agent<br>1090 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | The Arlington County<br>Serve: Arlington Co. Attorney Stephen MacIsaac<br>2100 Clarendon Boulevard<br>Suite 403<br>Arlington, VA 22201 | OFFICER MARK M. DIGERONIMO, Badge # 1005<br>OFFICER ROBERT GIAMBRONE, Badge # 660<br>OFFICER B. BENNETT, Badge # 1307<br>OFFICER W. RODRIGUEZ, #1219<br>Serve: Captain Michael Dunne<br>Arlington County Police Internal Affairs Section<br>1425 N. Courthouse Road<br>Arlington, VA 22201. |

YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Jimmy A. Bell
9610 Marlboro Pike
Upper Marlboro, MD 20772

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Urenthea McQuinn
Assistant Attorney General
441 4th Street N.W.
6th Floor South
Washington, D.C. 20001

an answer to the third-party *amended* complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party *amended* complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**      10/11/06

_____       _____
CLERK      DATE
T. Davis

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/27/2006 |
| NAME OF SERVER ANDREW KELLY | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 2100 NORTH 15TH ST., ARLINGTON, VA. 22201.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/27/06       *Andrew Kelly*
                Date         Signature of Server

441 4TH ST., NW WDC 20001.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICIA Y. ALFRED,
      Plaintiff,

    v.                     Civil Action No. 05-1446 PLF

DISTRICT OF COLUMBIA,
      Defendant &
      Third Party Plaintiff,

    v.

THE LOJACK COMPANY,
Serve: Corporation Services Company ("CSC"),
Registered Agent
1090 Vermont Avenue, N.W.
Suite 430
Washington, D.C. 20005,
      Third Party Defendant,
and

ARLINGTON COUNTY, VA
Serve: Arlington County Attorney Stephen MacIsaac
2100 Clarendon Blvd.
Suite 403
Arlington, VA 22201,
      Third Party Defendant,
and

OFFICER MARK M. DIGERONIMO, Badge # 1005
OFFICER ROBERT GIAMBRONE, Badge # 660
OFFICER B. BENNETT, Badge # 1307
OFFICER W. RODRIGUEZ, #1219
Serve: Captain Michael Dunne
Arlington County Police Internal Affairs Section
1425 N. Courthouse Road
Arlington, VA 22201,
      Third Party Defendants.

**THIRD PARTY PLAINTIFF DISTRICT OF COLUMBIA'S AMENDED THIRD-PARTY COMPLAINT**

Defendant District of Columbia, pursuant to Fed. R. Civ. P. 14(a), hereby files this

Third-Party Complaint against Arlington County, Virginia, the LoJack Company, and Arlington County Police Officer Mark M. DiGeronimo, Officer Robert Giambrone, Officer B. Bennett and Officer W. Rodriguez for contribution and indemnification on the following grounds:

**(1)** On February 10, 2006, plaintiff Alicia Y. Alfred filed a Second Amended Complaint alleging negligence, and the violation of 42 U.S.C. § 1981 against the District of Columbia.

**(2)** On the morning of April 25, 2005, plaintiff Alicia Y. Alfred allegedly discovered that her automobile, which was equipped with a LoJack tracking device, had been stolen. (Second Amended Complaint, ¶ 7).

**(3)** Plaintiff had a contract with the LoJack Company whereby her car was equipped with a LoJack tracking device. Plaintiff alleges that she reported to the Prince Georges County Police that her car had been stolen. Her car's vehicle identification number ("VIN") and a LoJack serial number were entered into a computer system that triggered the emitting signal in her car. (Second Amended Complaint, ¶¶ 8 & 12).

**(4)** On the night of April 25, 2005, District of Columbia Metropolitan Police Department ("MPD") officers, whose patrol car had LoJack tracking equipment, located plaintiff's allegedly stolen car in the District of Columbia, and notified her of the recovery.

**(5)** MPD officers arrested plaintiff's brother for the theft of plaintiff's vehicle. MPD officers also notified teletype that the vehicle had been recovered, and returned plaintiff's vehicle to her.

**(6)** According to plaintiff, she was stopped, shortly after midnight on April 26, 2005, by two different MPD police officers who informed her that her car was still emitting the LoJack stolen vehicle signal. (Second Amended Complaint ¶ 26).

**(7)** On the morning of April 26, 2005, plaintiff, a uniformed United States Air Force

Technical Sergeant, went to work in Arlington County, Virginia in that same car. (Second Amended Complaint ¶ 34).

**(8)** At approximately 11:15 a.m. of that same morning, April 26, 2005, the Arlington County, Virginia police officers, including Officer Mark M. DiGeronimo, Officer Robert Giambrone, Officer B. Bennett and Officer W. Rodriguez, surrounded plaintiff's car outside of her workplace. Plaintiff alleges that they handcuffed her while they ascertained whether or not her car was in fact stolen and verified her identity. Her co-workers and supervisors observed this. (Second Amended Complaint ¶ 57).

**(9)** Plaintiff alleged that the Arlington County Police pointed their guns directly at her, handcuffed her, handcuffed her too tightly and took a long time to verify her identity although she told them where her purse was in her vehicle. Plaintiff alleged further that although her supervisor was willing to vouch for who she was, the Arlington County Police would not let him do so. In addition, after the Arlington County Police verified that that plaintiff was the owner of the vehicle, they, allegedly, continued to detain her for a long period of time. (Second Amended Complaint ¶¶ 42, 57, 90, 98-100).

### Indemnification and Contribution

**(10)** To the extent that plaintiff's claims for injuries, pain and suffering against the District of Columbia pertain to actions or failure to act on the part of the LoJack Company with regard to the events that transpired in Arlington County on the morning of April 26, 2005, the District of Columbia is entitled to indemnification and/or contribution from the LoJack Company.

**(11)** To the extent that plaintiff's claims for injuries, pain and suffering against the District of Columbia pertain to actions or failure to act on the part of Arlington County, Officer Mark

M. DiGeronimo, Officer Robert Giambrone, Officer B. Bennett and Officer W. Rodriguez with regard to the events that transpired in Arlington County on the morning of April 26, 2005, the District of Columbia is entitled to indemnification and/or contribution from Arlington County, Officer Mark M. DiGeronimo, Officer Robert Giambrone, Officer B. Bennett and Officer W. Rodriguez

**WHEREFORE,** the defendant/third-party plaintiff District of Columbia seeks the following relief from the Court:

**(i)** An award for indemnification and contribution from Arlington County, Officer Mark M. DiGeronimo, Officer Robert Giambrone, Officer B. Bennett , Officer W. Rodriguez and the LoJack Company, the third-party defendants, to third party plaintiff District of Columbia for all claims, injuries, losses, expenses, compensatory damages and liability in connection with plaintiff's claim; and

**(ii)** Such other relief as the court deems just and proper under the circumstances.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

_____/s/_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646

(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

July 14, 2006