IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALICIA Y. ALFRED,**
       **Plaintiff,**

v.         Civil Action No. 05-1446 (PLF)

**DISTRICT OF COLUMBIA,**
       **Defendant &**
       **Third Party Plaintiff,**

v.

**THE LOJACK COMPANY,** *et al*.,
       **Third Party Defendants.**

## DEFENDANT DISTRICT OF COLUMBIA'S PRAECIPE

Defendant District of Columbia hereby withdraws its Amended Third Party Complaint against Arlington County, Virginia and the four Arlington County Officers: B.Bennett, Robert Giambrone, Mark M. DiGeronimo and W. Rodriguez.

       Respectfully submitted,

       ROBERT J. SPAGNOLETTI
       Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General
       Civil Litigation Division

       /s/
       NICOLE L. LYNCH [D.C. Bar #471953]
       Chief, General Litigation, Section II

       /s/
       URENTHEA McQUINN [D.C. Bar #182253]
       Assistant Attorney General
       441 4th Street, N.W.
       Sixth Floor South

                        Washington, D.C.  20001
                        (202) 724-6646
                        (202) 727-0431 (Fax)
                        urenthea.mcquinn@dc.gov

November 3, 2006