UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____)<br>DISTRICT OF COLUMBIA, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>THE LOJACK COMPANY, et al., )<br>)<br>Third Party Defendants. )<br>_____) | Civil Action No. 05-1446 (PLF) |

ORDER

On May 19, 2006, defendant District of Columbia filed a third party complaint against The LoJack Company; Arlington County, Virginia; and four Arlington County police officers: B. Bennett, Robert Giambrone, Mark M. DiGeronimo, and W. Rodriguez. The third party complaint was amended on July 14, 2006. Third party defendants Arlington County and the four named Arlington County officers filed a motion to dismiss the amended third party complaint or to change venue on September 15, 2006. On November 3, 2006, the District of Columbia filed a notice of intent to withdraw its amended complaint with respect to Arlington County and the four Arlington County officers.

Accordingly, it is hereby

ORDERED that Arlington County, Virginia; B. Bennett; Robert Giambrone; Mark M. DiGeronimo; and W. Rodriguez are hereby DISMISSED as third party defendants from this action; and it is

FURTHER ORDERED that the motion to dismiss the amended third party complaint or to change venue of defendants Arlington County, Virginia; B. Bennett; Robert Giambrone; Mark M. DiGeronimo; and W. Rodriguez [37] is DENIED as moot.

SO ORDERED

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 8, 2006