UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____)<br>DISTRICT OF COLUMBIA, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>THE LOJACK COMPANY, )<br>)<br>Third Party Defendant. )<br>_____) | Civil Action No. 05-1446 (PLF) |

## SCHEDULING ORDER

The parties appeared for a status conference on January 5, 2007. Based upon the representations of counsel, it is hereby ORDERED that

1. Discovery shall be completed by June 29, 2006. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

2. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

      3.      Each party is limited to a maximum of 10 depositions.

      4.      The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

      5.      Dispositive motions shall be filed on or before July 31, 2007; oppositions by August 20, 2007; and replies, if any, by August 30, 2007.  Any party may file a dispositive motion in advance of these deadlines.  The opposing party should file its opposition in accordance with the time limits set forth in the Local Rules, to which the moving party may reply, also in accordance with the Local Rules

      6.      Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

      7.      Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

      8.      Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  <u>See</u> LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 5, 2007