# Exhibit List

1. Affidavit of James A. Justice

2. SVRN Illustration and Explanation

3. LECS Lookup System printout

4. LoJack Vehicle History & Identifiers printout

5. DC Answers to Interrogatories of LoJack

6. DC Response to Request for Documents of LoJack

7. DC Discovery Exhibit 1 - Incident Based Event Report

8. DC Discovery Exhibit 2 - Special Order, NCIC Operations Manual

9. DC Discovery Exhibit 3 - MPD Event Chronology

10. DC Discovery Exhibit 4 - Vehicle Recovery Reports

11. DC Discovery Exhibit 5 - NCIC Report