

LoJack SVRN
Stolen Vehicle Recovery Network
Description of Figure 2

1. The LoJack Unit (LJU). Also called the Vehicle Location Unit (VLU). The LoJack Unit is a small transmitter and receiver that is programmed to listen for it's secret numbers and commands. If it hears it's activation code, it starts transmitting it's reply code. The LJU is installed in a customer's vehicle.
2. Installation devices: PDT, ITU. PDT is a Portable Data Terminal. The ITU is the Installation Test Unit. The installation process captures information about the vehicle and the LoJack Unit. This information is submitted to LCIMS for processing. The ITU is used to test the ability of the LJU to transmit and receive after installation.
3. LCIMS. LoJack Corporate Information Management System. Information from Installation is processed into accounting and UNIREG.
4. UNIREG. The Universal Registration System. The information from LCIMS is further validated, matched with the secret numbers, and sent to the SAC computers for matching with the stolen vehicle information from Law Enforcement.
5. SAC. The Sector Activation Computer(s). When a LoJack installed vehicle is entered as stolen by the police, the VIN of the stolen vehicle matches the VIN of the LoJack vehicle, and the SAC calls the towers with the activation code for that unit. The Towers (9) send the activation code to the LJU (1), which begins sending out the LoJack Reply Code.
6. Local Police (Dispatch, Data Entry, Mobile Data Terminals). Local Police enter stolen vehicles and can query the LoJack reply code seen in LoJack Police Tracking Computers (10). The police then know the full description of the stolen vehicle and can identify the vehicle by VIN and other information.
7. State Law Enforcement Computer System. The state law enforcement computers send stolen vehicle information to the LoJack SAC for matching and processing.
8. NCIC (National Crime Information Center) has a national database of stolen vehicles.
9. LoJack Towers (RTU – LPRT) Transmit commands per Law Enforcement messages. The commands are Activate, Speed-Up, and De-Activate.
10. LoJack Police Tracking Computer (PTC). Also called the Vehicle Tracking Unit (VTU). The PTCs are installed in police vehicles and are used by the police to track and recover stolen vehicles. The PTCs show the Reply Code, signal strength, and direction. The Reply Code is used to query for more information and to speed up the unit.