# LECS LOOKUP SYSTEM
## LoJack Law Enforcement Liaison use only

| Index | Stolen Recovery List | Monthly Activities Data |
|---|---|---|

**DataBase:**
- ☑ Production Run
- ☑ Stolen Vehicles
- ☑ LoJack Vehicles
- ☑ Early Warning

Search Types: Reply Code
Enter your request: LG15U
[Select] [Search]

Search Results as following ---> 10/31/2006 11:18:17 AM EST

### Production Run

| Box Number | Act Code | Reply Code | Alert ID | Unit ID | Country Code | Country Name |
|---|---|---|---|---|---|---|
| 04382CD | 9B0EB60 | LG15U | 0DDB77F | 16F75AE | US | United States |

### LoJack Vehicle

| Box Number | Act Code | Reply Code | Full VIN | Make | Year |
|---|---|---|---|---|---|
| 04382CD | 9B0EB60 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 |

### LCIMS Information

#### Stolen Vehicle History

| | Date & Time Activation | Date & Time Deactivation | Elapsed Time (Minutes) | Reply Code | VIN | Make | Model | Style | Year | NIC | ORI | City Stolen | City Recovered | Recovered State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Select | 04-25-2005 17:39 | 04-26-2005 12:31 | 1132 | LG15U | SAJDA01C1YFL44194 | JAGU | S-TYPE (STY) | 4 DOOR | | V147366865 | DCCAP00S2 | PRINCE GEORGES | PRINCE GEORGES | MD |

| Date | Time | Reply Code | VIN | Make | Year | MSG Key | Action Key | Reason | NIC | ORI |
|---|---|---|---|---|---|---|---|---|---|---|
| 20050425 | 173955 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | EV | A | VEHICLE ENTERED | V147366865 | MD0172100 |
| 20050425 | 203556 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DCCAP00S2 |
| 20050425 | 211934 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DCMPD00R1 |
| 20050425 | 212605 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DCMPD00R1 |
| 20050425 | 212607 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050425 | 230857 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050425 | 234234 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | CH | A | VEHICLE CHECK | V147366865 | DCMPD00R1 |
| 20050426 | 015115 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | MD017223N |
| 20050426 | 091648 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050426 | 092144 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050426 | 092148 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050426 | 092151 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050426 | 092851 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DCPPD00S0 |
| 20050426 | 095600 | LG15U | SAJDA01C1YFL44194 | JAGU | 00 | VQ | T | VEHICLE QUERY | V147366865 | DC001015N |
| 20050426 | 123150 | LG15U | SAJDA01C1YFL44194 | | | CV | D | VEHICLE CANCELED | V147366865 | MD0172100 |

Note: All stolen vehicle histories were in Eastern Time Zone. Except for CA.

#### Activate and Deactivate Acknowledge History
U = Activate Acknowledge, D = Deactivate Acknowledge

| Unit ID | Reply Code | Cmd | Sig Str (out of 255) | RTC Site | Update Date | Update Time | Server | Status |
|---|---|---|---|---|---|---|---|---|
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/25/2005 | 19:08:52 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/25/2005 | 20:08:04 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/25/2005 | 22:40:05 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/25/2005 | 23:51:13 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 00:48:13 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 01:53:37 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 02:55:06 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 03:55:40 | hq | |
| 16F75AE | LG15U | U | 100 | Columbia, MD | 04/26/2005 | 05:01:02 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 05:01:13 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 06:03:12 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 07:00:45 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 07:35:51 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 08:32:55 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 09:35:22 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 10:38:42 | hq | |
| 16F75AE | LG15U | U | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 11:50:00 | hq | |
| 16F75AE | LG15U | U | 100 | FAIRFAX, VA | 04/26/2005 | 11:59:20 | hq | |
| 16F75AE | LG15U | D | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 12:42:20 | hq | |
| 16F75AE | LG15U | D | 100 | WRC-TV (WASHINGTON, DC) | 04/26/2005 | 12:52:54 | hq | |

? = Reply Code Message (Cmd. Post)

| Unit ID | Reply Code | Cmd | Sig Str (out of 255) | RTC Site | Update Date | Update Time | Server | Status |
|---|---|---|---|---|---|---|---|---|

#### Early Warning History
M = Movement Alert