## Vehicle History and Identifiers v1.0.3

Search for: Stolen (done_clean)   Search by: Reply Code   Data: LG15U

| Date | Time | Action | Reply | MsgKey | OriQry | Vin | Make | Year | Nic |
|---|---|---|---|---|---|---|---|---|---|
| 20050425 | 173955 | A | LG15U | EV | MD0172100 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050425 | 203556 | T | LG15U | VQ | DCCAP00S2 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050425 | 211934 | T | LG15U | VQ | DCMPD00R1 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050425 | 212605 | T | LG15U | VQ | DCMPD00R1 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050425 | 212607 | T | LG15U | VQ | DCMPD00R1 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050425 | 230857 | T | LG15U | VQ | DC001015N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050425 | 234234 | A | LG15U | CE | DCMPD00R1 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 015115 | T | LG15U | VQ | MD0172223N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 091648 | T | LG15U | VQ | DC001015N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 092144 | T | LG15U | VQ | DC001015N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 092148 | T | LG15U | VQ | DC001015N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 092151 | T | LG15U | VQ | DC001015N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 092851 | T | LG15U | VQ | DCPPD00S0 | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 095600 | T | LG15U | VQ | DC001015N | SAJDA01C1YFL44194 | JAGU | 00 | V147366865 |
| 20050426 | 123150 | D | LG15U | CV | MD0172100 | SAJDA01C1YFL44194 | | | V147366865 |

15 records matched.

| Date | Time | Action | Reply | Msg Key | Ori Qry |
|---|---|---|---|---|---|
| 20050425 | 173955 | Activate | LG15U | EV | MD0172100 |
| 20050425 | 203556 | Track | LG15U | VQ | DCCAP00S2 |
| 20050425 | 211934 | Track | LG15U | VQ | DCMPD00R1 |
| 20050425 | 212605 | Track | LG15U | VQ | DCMPD00R1 |
| 20050425 | 212607 | Track | LG15U | VQ | DCMPD00R1 |
| 20050425 | 230857 | Track | LG15U | VQ | DC001015N |
| 20050425 | 234234 | Activate Check | LG15U | CH | DCMPD00R1 |
| 20050426 | 015115 | Track | LG15U | VQ | MD017223N |
| 20050426 | 091648 | Track | LG15U | VQ | DC001015N |
| 20050426 | 092144 | Track | LG15U | VQ | DC001015N |
| 20050426 | 092148 | Track | LG15U | VQ | DC001015N |
| 20050426 | 092151 | Track | LG15U | VQ | DC001015N |
| 20050426 | 092851 | Track | LG15U | VQ | DCPPD00S0 |
| 20050426 | 095600 | Track | LG15U | VQ | DC001015N |
| 20050426 | 123150 | De-activate | LG15U | CV | MD0172100 |

| Vin | Make | Year | NCIC/Nic # | Department |
|---|---|---|---|---|
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | Prince Georges County, MD |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | US Capitol Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | Prince Georges County, MD |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | US Park Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | DC Metropolitan Police |
| SAJDA01C1YFL44194 | JAGU | 2000 | V147366865 | Prince Georges County, MD |