# Incident-Based Event Report
Metropolitan Police Department — Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

**1. Type of Report:** ● Offense  ○ Incident

**2. Date and Time of Event:**
- Start Date: (Feb) 25
- Start Time: 22:30
- End Date: —
- End Time: —

**3. Date of Report:** (Feb) 25
**4. Time of Report:** 05:22(cc)
**5. District:** 1
**6. Sector:** 0
**7. Beat:** 1
**8. Complaint Number:** 052761

**9. Event Location Address:** 700 BLK 14TH ST NW
**10. Report Received By:** ● On-scene
**11. Is Radio Run Location and Event Location the Same?** ● No
**12. Property Type:** ● Private

**13. Event No. 1:** U.U.V. 2612
**14. Event No. 2:** NO PERMIT
**15. Event No. 3:**

**16. Forced Entry:** ● No
**17. Point of Entry:** —
**18. a. Method Used:** —  b. Tools Used: —
**19. Weather Conditions:** ● Clear

**20. Suspected Hate Crime?** ● None
**21. Security System:** ● Not applicable

**22. Location Type:** (marked in parking area region — Street/Highway/Road)
- ● Street/Highway/Road

**23. Designated Areas:** ● Victim's vehicle

## PART II - VICTIM INFORMATION

**24. Name of Complainant/Victim/Missing Person No. 1:** ALFRED, ALICIA YOLANDA

**25. Related to Event No(s):** 1

**26. Victim Type:** ● Individual

**27. Date of Birth:** Feb 15, 72
**28. Age Range:** 18-65 yrs.
**29. Sex:** ● Female
**30. Home Phone:** (301) 735-1178
**31. Business Phone:** (703) 588-6345

**32. Race/Ethnicity:** ● Black

**33. Home Address:** 3032 BELLAMY WAY SUITLAND MD 20746 — ● Non-DC Resident

**34. Business Address/School:** N/A

**35. Occupation:** U.S. AIR FORCE
**36. Is Event Related to Occupation?** ● No

**37. Additional Means to Contact Complainant/Victim No. 1:** NONE

**52. Status:** ● Closed by arrest — attach PD-252
**53. Reviewer:** [signature]
**54. Distribution:** CID-1 II-1

PD-251 4/99

## PART II (continued)

| 55 | IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON. ☑ Yes ☐ No | Name: L__, DANG J Address: 415 4TH ST SW | Phone-Area Code: 202-698-0355 |
|---|---|---|---|

| 56 | DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ☐ Yes ☑ No | 56A | WAS PD FORM 378A ISSUED? ☐ Yes ☑ No | 57 | IS CPO/TPO OUTSTANDING? ☐ Yes ☑ No ☐ Unknown | IF YES, ENTER CPO/TPO #: |

**58 INJURIES** Use the following codes to describe injuries. (Mark all that apply)

- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim / Suspect | | | N | | | ☐Yes ☐No | | ☐Admitted ☐Released |
| Victim / Suspect | | | | | | ☐Yes ☐No | | ☐Admitted ☐Released |
| Victim / Suspect | | | A | | | ☐Yes ☐No | | ☐Admitted ☐Released |
| Victim / Suspect | | | | | | ☐Yes ☐No | | ☐Admitted ☐Released |

## PART III - PROPERTY

Codes: S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No.  b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | N | | | | | | | | |
| | A | | | | | | | | |

$19,600

**60 VEHICLE INFORMATION** Vehicle operated/used by: ☐ Victim ☐ Suspect ☑ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| S | 2000 | JAG | 3.0 S-TYPE | BLK | 4D | X84VPW/FL/05 | SAJDA01C1YFL44194 |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61 #1** ☑ Suspect ☐ Missing

| i. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ☐Asian ☐White ☑Black ☐Latin/Hispanic ☐Unknown ☐Other | ☑Male ☐Female ☐Unknown | 33 | 5-11 | 175 | BRN | BLK |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| MED | RT SHLD | BLK | N/A | N/A | N/A | BLU | BLK | ☐Alcohol ☐Drug ☐Computer ☑N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ☐Handgun ☐Shotgun ☐Other firearm ☐Revolver ☐Semi-automatic ☐Rifle ☐Automatic | ☐Cutting instrument ☐Hands/Feet/Teeth ☐Other (specify) ☐Blunt object ☐None ☐Motor vehicle ☐Unknown | | | | |

**62 #2** ☐ Suspect ☐ Missing

| i. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ☐Asian ☐White ☐Black ☐Latin/Hispanic ☐Unknown ☐Other | ☐Male ☐Female ☐Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐Alcohol ☐Drug ☐Computer ☐N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ☐Handgun ☐Shotgun ☐Other firearm ☐Revolver ☐Semi-automatic ☐Rifle ☐Automatic | ☐Cutting instrument ☐Hands/Feet/Teeth ☐Other (specify) ☐Blunt object ☐None ☐Motor vehicle ☐Unknown | | | | |

**63 #3** ☐ Suspect ☐ Missing

| i. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ☐Asian ☐White ☐Black ☐Latin/Hispanic ☐Unknown ☐Other | ☐Male ☐Female ☐Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐Alcohol ☐Drug ☐Computer ☐N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ☐Handgun ☐Shotgun ☐Other firearm ☐Revolver ☐Semi-automatic ☐Rifle ☐Automatic | ☐Cutting instrument ☐Hands/Feet/Teeth ☐Other (specify) ☐Blunt object ☐None ☐Motor vehicle ☐Unknown | | | | |

*Value of vehicles to be entered by Information Processing section

CCN 052761

PAGE 2

| | | | | | | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|
| 64 | PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | | 65 | 0 5 2 7 6 |
| 66 | IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 | CLASSIFICATION<br>○ Critical<br>○ Non-critical | 68 | CLASSIFIED BY | |
| 69 | PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 | NAME OF PARENT/GUARDIAN | |
| 72 | ADDRESS OF PARENT/GUARDIAN | 73 | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 | MISSING PERSON SECTION NOTIFIED (Name) | |

**NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued:

R-1 states while on patrol we recieved the low Jack hit for the listed vehicle. R-1 stopped the vehicle and C-1 advised the vehicle was stolen and S-1 did not have a permission to operate. S-1 was placed under arrest and transported to ID for processing.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE |
|---|---|---|---|---|
| BADGE #9242 | | | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| [signature] | ID | ○ USCP<br>○ USSS<br>○ METRO TRANSIT<br>○ OTHER | | | [signature] | ID |

IM, S

PAGE 3

**PART VI - ADDITIONAL INFORMATION** (Use PD Form 251-C for additional victims or suspects)

### Complainant/Victim No. 1 (left panel)

| 83 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 85 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

**86 VICTIM TYPE:** ☐ Individual ☐ Financial inst. ☐ Religious org. ☐ Police officer ☐ Business ☐ Government ☐ Society/Public ☐ Other

**87 DATE OF BIRTH** ☐ Unknown ☐ NA (Month/Day/Year: Jan–Dec)
**88 AGE RANGE:** ☐ 0-1 yr. ☐ 2-12 yrs. ☐ 13-17 yrs. ☐ 18-65 yrs. ☐ Over 65
**89 SEX:** ☐ M ☐ Female ☐ Unknown
**90 HOME PHONE** ( )
**91 BUSINESS PHONE** ( )

**92 RACE/ETHNICITY (Mark all that apply):** ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☐ Black ☐ Chinese ☐ Latino/Hispanic ☐ Jamaican ☐ Japanese ☐ Korean ☐ Vietnamese ☐ White ☐ Other ☐ Unknown/Refused

**93 HOME ADDRESS** ☐ DC Resident ☐ Non-DC Resident ☐ Unknown

**94 BUSINESS ADDRESS/SCHOOL**

**95 OCCUPATION**
**96 IS EVENT RELATED TO OCCUPATION?** ☐ Yes ☐ No ☐ Unknown
**97 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

### Complainant/Victim No. 1 (right panel)

| 98 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | 99 RELATED TO EVENT NO(S). ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ |
|---|---|

**100 VICTIM TYPE:** ☐ Individual ☐ Financial inst. ☐ Religious org. ☐ Police officer ☐ Business ☐ Government ☐ Society/Public ☐ Other

**101 DATE OF BIRTH** ☐ Unknown ☐ NA
**102 AGE RANGE:** ☐ 0-1 yr. ☐ 2-12 yrs. ☐ 13-17 yrs. ☐ 18-65 yrs. ☐ Over 65
**103 SEX:** ☐ Male ☐ Female ☐ Unknown
**104 HOME PHONE** ( )
**105 BUSINESS PHONE** ( )

**106 RACE/ETHNICITY (Mark all that apply):** ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☐ Black ☐ Chinese ☐ Latino/Hispanic ☐ Jamaican ☐ Japanese ☐ Korean ☐ Vietnamese ☐ White ☐ Other ☐ Unknown/Refused

**107 HOME ADDRESS** ☐ DC Resident ☐ Non-DC Resident ☐ Unknown

**108 BUSINESS ADDRESS/SCHOOL**

**109 OCCUPATION**
**110 IS EVENT RELATED TO OCCUPATION?** ☐ Yes ☐ No ☐ Unknown
**111 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

### 112 Suspect/Missing #1

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ☐ Asian ☐ White ☐ Unknown ☐ Black ☐ Latino/Hispanic ☐ Other | ☐ Male ☐ Unknown ☐ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ☐ Handgun ☐ Shotgun ☐ Other ☐ Revolver ☐ Semi-automatic firearm ☐ Rifle ☐ Automatic | ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown | | | | |

### 113 Suspect/Missing #2

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ☐ Asian ☐ White ☐ Unknown ☐ Black ☐ Latino/Hispanic ☐ Other | ☐ Male ☐ Unknown ☐ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ☐ Handgun ☐ Shotgun ☐ Other ☐ Revolver ☐ Semi-automatic firearm ☐ Rifle ☐ Automatic | ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown | | | | |

### 114 Suspect/Missing #3

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ☐ Asian ☐ White ☐ Unknown ☐ Black ☐ Latino/Hispanic ☐ Other | ☐ Male ☐ Unknown ☐ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ Alcohol ☐ Drugs ☐ Computer ☐ N/A |

**q. Weapons Used in Offense (Mark all that apply)**

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ☐ Handgun ☐ Shotgun ☐ Other ☐ Revolver ☐ Semi-automatic firearm ☐ Rifle ☐ Automatic | ☐ Cutting instrument ☐ Hands/Feet/Teeth ☐ Other (specify) ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown | | | | |

| | | 1. DISTRICT | 2. BEAT | 3. RA | 4. ORIGINAL CLASSIFICATION | 5. COMPLAINT NUMBER |
|---|---|---|---|---|---|---|
| ☐ Classification Change | ☒ Additional Information | FIRST DIST. | 101 | | U.U.V. | 052-761 |
| | | 6. DATE OF THIS REPORT 4/25/2005 | | 7. REPORTING ELEM. FIRST DISTRICT | 8. CLASSIFICATION OF REPORT CHANGED TO: N/A | |

| 9. DATE AND TIME OF EVENT | 10. DATE AND TIME OF ORIG. RPT. | 11. EVENT LOCATION | 12. PROPERTY TYPE |
|---|---|---|---|
| 4/25/05 2230 | 4/25/2005 22:57 | 1200 NEW YORK AVENUE, N.W. | N/A |
| 13. RADIO RUN RECEIVED N/A | 14. DESCRIBE LOCATION STREET | 15. WHERE ENTERED N/A | 16. TOOLS/WEAPONS N/A | 17. METHODS N/A |

| 18. | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| | ALFRED, ALICIA YOLANDA | F | BLK | 12/15/72 | | | | |

| | | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suspect/Missing Person | ☐ SUSPECT ☐ MISSING PERSON | Black | Male | 33 | 5'11 | 175 | BR | BLK | Med | NON | N/A | N/A | N/A | BLUE JEAN | BLACK |
| | ☐ SUSPECT ☐ MISSING PERSON | | | | | | | | | | | | | | |

20. SOLVABILITY FACTORS — Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A. Refer to the specific Item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | | If yes, enter name(s), address(es), phone number(s), hours of availability and brief account. |
|---|---|---|---|
| A | IS THERE A WITNESS? | ☒ YES ☒ NO | OFFICERS PRESENT |
| B | IS A SUSPECT NAMED? | ☒ YES ☐ NO | Enter the name and include any nickname used. TAYLOR, RAMON DETRICK |
| C | IS THE STOLEN PROPERTY TRACEABLE? | ☒ YES ☐ NO | Include reason why or why not. 2000 JAGUAR S-TYPE |
| D | IS PHYSICAL EVIDENCE PRESENT? | ☒ YES ☐ NO | Describe it. VICTEM'S VEHICLE |
| E | IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☒ YES ☐ NO | If yes, describe the relationship. VICTEM'S BROTHER |
| F | WAS A REFERRAL FORM GIVEN TO THE COMPLAINANT? | ☒ YES ☐ NO | G — Give any address, place of employment, or hangout known for the perpetrator(s). |
| H | DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW ANYTIME | | I — List the name, address, phone number and any information provided when the area was canvassed. |
| J | To be completed by crime analysis | IS AN MO OR PATTERN INDICATED? ☐ YES ☐ NO | DESCRIBE MO OR PATTERN |

### 21. ADDITIONAL STOLEN PROPERTY

| CODE | ITEM | SERIAL NO./OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | Property Book |
|---|---|---|---|---|---|---|---|
| | N/A | | | | | | BOOK/PAGE NO. |
| | | | | | | | ADDITIONAL VALUE |
| | | | | | | | ORIGINAL VALUE |
| YEAR | MAKE | MODEL | COLOR | BODY | TAG/STATE/YEAR | VEHICLE IDENTIFICATION NO. | TOTAL PROP. VALUE |

22. NARRATIVE: Record your activity and all developments in the case subsequent to your last report. List the names, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the names, addresses, and telephone numbers of all witnesses and suspects.

Case closed with the arrest of TAYLOR, RAMON DETRICK a Black Male of 3032 BELLAMY WAY SUITLAND, MD 20746, social security number 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, DOB 10/29/71, arrest number 010501933.

| 23. STATUS ☐ OPEN ☐ PRIOR CLOSED ☒ CLOSED | ☐ UNFOUNDED (EXPLAIN IN NO. 22) ☐ SUSPENDED (EXPLAIN IN NO. 22) | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICATION |
|---|---|---|---|---|
| 27. INVESTIGATIVE OFFICER'S RECOMMENDATION ☐ SUSPEND ☐ INVESTIGATE FURTHER | | 27. SUPERVISOR'S RECOMMENDATION ☐ SUSPEND ☐ INVESTIGATE FURTHER | | |
| 29. REPORTING MEMBER'S SIGNATURE | BADGE/ELEM 3003 | 30. INVESTIGATOR'S SIGNATURE | BADGE/ELEM | 31. SUPERVISOR'S SIGNATURE BADGE/ELEM LZ54 ID |
| 32. INVESTIGATIVE REVIEW OFFICER | | 33. SUPERVISOR | BADGE/ELEM | 34. REVIEWER | 35. DISTRIBUTION |

*** Value of vehicles will be entered by the Information Processing Section, Data Processing Division

Page 1 of 1 Pages