## Metropolitan Police Department ▫ Washington, D.C.

# SPECIAL ORDER 

| Subject: | Series | Number | Distribution |
|---|---|---|---|
| **LOJACK PILOT PROGRAM** | 96 | 1 | A |
| | Effective Date: **January 16, 1996** | | |
| | Expiration Date: * | | |

The purpose of this Special Order is to inform sworn members of the policy and procedures regarding the LOJACK Pilot Program.

**PART I**

**A.   General Information**

The Metropolitan Police Department and the LOJACK Corporation have begun a pilot program involving the installation of LOJACK receivers in each of the seven districts. Within each district a certain number of scout cars will be equipped with the tracking device and monitoring screen. This tracking equipment will allow for the swift recovery of stolen automobiles.

Every twenty seconds a car is stolen countrywide. LOJACK, an electronically monitored device designed to aid police in the recovery of stolen vehicles, has successfully been used to recover stolen vehicles in several cities. With the aid of the LOJACK system, police departments have had a 95% recovery rate of stolen vehicles and a 33% arrest rate for suspects caught in the vehicles.

A silent homing signal from the anti-theft device is embedded in the vehicle and is activated by LOJACK when the car is reported stolen. The LOJACK computer operates in tandem with the WALES system. A code unique to a given LOJACK unit is paired with the vehicle identification number (VIN) in WALES/CJIS. When the VIN number of a stolen car equipped with LOJACK is entered in the computer, the computer sends the signal to the tower to activate the LOJACK unit in the stolen car. The police terminal/tracker beeps and the beeps increase as police draw nearer to the stolen vehicle. The LOJACK code number of the stolen car appears on the tracker screen in the police vehicle. The police vehicle, equipped with the tracker, is then able to pinpoint on the monitor attached to the dashboard the location of the stolen vehicle. This signal can be traced by police cruisers in a 12-20 square mile range, depending on the geography.

Citizens now have the option of purchasing LOJACK transmitters from new car dealers, security retailers, or directly from the LOJACK dealers. The dealers install the transmitter in a concealed location within the vehicle.



UN-12 REV. 02/91

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| Special Order 96-1 | January 16, 1996 | | Page 2 of 4 |

B. **Procedures**

1. Members taking a stolen automobile report shall ask the reporting person if the vehicle is equipped with a LOJACK transmitter. This information shall be recorded in the narrative portion of the PD Form 251 (Offense Report) and provided to the dispatcher as part of the general broadcast.

2. The LOJACK receiver will remain deactivated until a participating car is stolen. Once a car is reported stolen and the LOJACK receiver is activated, members assigned to department vehicles equipped with LOJACK receivers shall:

   a. Provide the dispatcher with the five digit number displayed on the LOJACK monitor screen.

   b. Receive confirmation of the stolen vehicle from the dispatcher.

3. The member operating a vehicle equipped with the LOJACK tracking device within the closest proximity of the stolen vehicle shall:

   a. Remain in a Code Two Status.

   b. Request to be held out-of-service and advise the dispatcher that they are tracking a LOJACK vehicle.

   c. Request permission from their Watch Commander to track the vehicle into another patrol district, if necessary.

   d. Request permission from a field supervisor to continue the search, if the stolen vehicle is not located within thirty (30) minutes.

   e. Terminate the track and request that the dispatcher notify the appropriate jurisdiction if stolen vehicle is tracked to an outside jurisdiction (i.e. Maryland or Virginia). If a fresh pursuit situation develops, members shall strictly follow the guidelines of General Order 301.3 (Operation of Emergency Vehicles, Fresh Pursuit, and Vehicular Pursuit).

   f. Immediately notify the dispatcher when the stolen vehicle is located and take the appropriate action necessary to recover the vehicle and apprehend suspect(s), if any.

UN-11 (CONT.1) 10/95

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| Special Order 96-1 | January 16, 1996 | | Page 3 of 4 |

## PART II

A. **Communications Division**

   1. Dispatchers

   When the Communications Division is notified of a stolen vehicle, dispatchers shall:

   a. Prepare a PD Form 258-A (Lookout Information).

   b. Expeditiously deliver the PD Form 258-A to the Telecommunications Branch.

   c. Obtain from the member the five digit number displayed on the LOJACK receiver.

   d. Obtain the description and confirmation of the stolen vehicle.

   e. Monitor the progress of the member who is tracking the stolen vehicle.

   2. Telecommunications Branch

   The Telecommunications Branch shall enter the stolen auto information in WALES/NCIC causing an automatic notification to the LOJACK Corporation. The LOJACK Corporation will then activate the LOJACK transmitter.

B. **District Watch Commanders**

   District Watch Commanders shall:

   1. Ensure that members operating Department vehicles equipped with "LOJACK" receivers are strictly monitored for their compliance with departmental procedures.

   2. Determine whether or not to give members permission to track a vehicle into another patrol district.

C. **Commanding Officers**

   Commanding officers shall ensure that all LOJACK vehicles remain in service on a twenty-four hour basis and only be used for patrol purposes.

UN-11 (CONT.1) 10/95

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| Special Order 96-1 | January 16, 1996 | | Page 4 of 4 |

### D. Director, Training Division

The Director, Training Division shall provide training and certification for members in the use of "LOJACK" receivers.

*This special order shall remain in effect until revised or rescinded.

*[signature]*
Larry D. Soulsby
Chief of Police

LDS:RSK:rsk

UN-11 (CONT.1) 10/95

# NCIC 2000 Operating Manual

December 1999

*Notice to Control Terminal Officers (CTOs)*: This *NCIC 2000 Operating Manual* is available on Law Enforcement OnLine (LEO). For information concerning a LEO account, please contact: LEO Program Office, FBI CJIS Division, Room 11255, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001; telephone: 202-324-8833.

*Notice to Terminal Agency Coordinators*: Requests for additional copies of the *NCIC 2000 Operating Manual* should be directed to the state CTO.

## SECTION 6--LOCATE

### 6.1 WHEN TO USE A LOCATE MESSAGE

1. Any agency, except the agency that entered the record, that recovers a vehicle which is indexed in NCIC 2000 must place a locate message on the active vehicle record(s). When an agency receives a record or multiple records in response to an inquiry, the agency that can seize the stolen vehicle must contact the ORI of each record possibly identical with the vehicle in question to confirm the hit. Following confirmation with the originating agency, a locate message must be transmitted for each record on file for the vehicle.

2. The MKE LV should be used for locating a stolen vehicle record; the MKE LF for locating a felony vehicle record.

3. Once a Vehicle File record has had a locate placed on it, it cannot be modified.

### 6.2 EXAMPLE OF A LOCATE MESSAGE

```
1N01HEADER.LV.WA1230000.NIC/V000032699.OCA/2325.19991205.5865.
HIT NCIC 19991204...10000.4000.9000
```

**Acknowledgment:**

```
1L01HEADER
WA1230000
LOCATE NIC/V000032699
```

The above locate example contains: header (1N01HEADER), message key (LV), recovering agency identifier (WA1230000), two record identifiers (NIC/V000032699 and OCA/2325), date of recovery (19991205), recovering agency case number (5865), and benefits and effectiveness data: reason for property record removal (HIT NCIC 19991204), value of property recovered (10000), value of other recovered property (4000), and value of recovered contraband (9000).

When a locate message is transmitted for a Vehicle File record, the message key translation changes from STOLEN VEHICLE to LOCATED STOLEN VEHICLE, or from FELONY VEHICLE to LOCATED FELONY VEHICLE, and the date of recovery, recovering agency ORI, and recovering agency OCA are added to the record.

*QUALITY CONTROL, VALIDATION, AND OTHER PROCEDURES*

## 3.5    HIT CONFIRMATION PROCEDURES

1. Any agency which receives a record(s) in response to an NCIC 2000 inquiry must confirm the hit on any record(s) which appears to have been entered for the person or property inquired upon prior to taking any of the following actions based upon the hit NCIC record: 1) arresting the wanted person, 2) detaining the missing person, 3) seizing the stolen property, or 4) charging the subject with violating a protection order.

    Confirming a hit means to contact the agency that entered the record to:

    1. Ensure that the person or property inquired upon is identical to the person or property identified in the record;

    2. Ensure that the warrant, missing person report, protection order, or theft report is still outstanding; and

    3. Obtain a decision regarding: 1) the extradition of a wanted person when applicable, 2) information regrading the return of the missing person to the appropriate authorities, 3) information regrading the return of stolen property to its rightful owner, or 4) information regarding the terms and conditions of a protection order.

2. Hit confirmation procedure is based on two levels of priority: Urgent and Routine.

    **Priority 1:  Urgent**

    The hit must be confirmed within 10 minutes. In those instances where the hit is the only basis for detaining a suspect or the nature of a case requires urgent confirmation of a hit, priority 1 should be specified.

    **Priority 2:  Routine**

    The hit must be confirmed within 1 hour. Generally, this priority will be used when the person is being held on local charges, property has been located under circumstances where immediate action is not necessary, or an urgent confirmation is not required.

3. After establishing the priority level, the agency should then follow these procedures:

    1. Upon receipt of a hit confirmation request, the ORI of the record must furnish a substantive response within the designated timeframe, i.e., a positive or negative confirmation or notice of the specific amount of time necessary to confirm or reject.

2. If the agency requesting confirmation does not receive a substantive response within the designated timeframe, the agency should generate a second request with a copy to its CTO/SC and to the CTO/SC of the agency that originiated the record. The CTO (or his/her designee) of the originating agency will initiate appropriate action to ensure proper response to a hit confirmation request and to comply to System standards. The CTO action must include canceling the record.

3. If the agency still fails to receive a response, the agency should then notify the NCIC Quality Control staff by a third message with a copy to the CTAs involved. Failure on the part of any CTA to ensure such compliance will be brought to the attention of the APB.

4. The National Law Enforcement Telecommunications System, Inc. (NLETS) is the recommended network for hit confirmation. Even if the initial confirmation is handled via telephone, NLETS should be used for documentation. NLETS has created an inquiry (YQ) and a response (YR) format for hit confirmation.

Responsibilities for the hit confirmation process are shared between the agency that received the hit and the agency that enters the record.

5. Every agency upon taking a person into custody or acquiring property, after confirming the hit, must place a locate on the corresponding NCIC record(s).

## 3.6  HEADERS

1. A header is a sequence of characters acceptable to the NCIC 2000 computer which is used to provide message information for the CTA. A header will not be stored as part of any NCIC 2000 record (other than the transaction log), but will be held temporarily during processing of the incoming message and returned to the originating terminal as the first item in the NCIC 2000 System's response and/or acknowledgment.

2. **Header Requirements:**

   1. Each header must contain a minimum of 9 characters and may contain a maximum of 19 characters.

   2. All characters must be from the NCIC 2000 Character Set defined in 3.7 of this section.

   3. The first 4 characters of the header are used by the NCIC 2000 System for appropriate routing.