# METROPOLITAN POLICE DEPARTMENT

## Communications Division

Date: 7/13/06

**MEMORANDUM**

TO: General Counsel

SUBJECT: Requesting of Radio or 911 Tape for 4/22/05

Concerning CCN 052-761

Due to a malfunction in the Master Tape Recorder for the date indicated above, we are unable to complete your request. If you have any further questions, please contact MS Tracy Morris on 671-3133

Dr. Carolyn R. Holland
Transcriber Office
Communications Division

# Event Chronology

Event Number: I20050216510

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 04/25/05 | 21:31:23 | d02 | 1287 | EVENT CREATED: Location= 700 14TH ST NW DC , Cross Streets= G ST NW / NEW YORK AVE NW , Call<br>Source= OFFICER<br>Agency= MPD , Group= 1D , Beat= 101 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>Primary Unit= 1011 , Primary Member= 6975 , Current= F , Open Current= F , Type Code= RSAU - RECOVERY OF STOLEN AUTO , SubType Code= CCN - CASE NUMBERS<br>Unit= 1011 , Status= DP , Location= 700 14TH ST NW DC , Employee= 6975 , Employee= 6845<br>EVENT COMMENT= Field Event<br>ON LOJACK HIT LG1SU...ON FL/X84VPW |
| 04/25/05 | 21:31:24 | d02 | 1287 | Unit= 1011 , Status= AR , Location= 700 14TH ST NW DC , Employee= 6975 , Employee= 6845 |
| 04/25/05 | 21:31:25 | cadcoiul | 287 | EVENT COMMENT= ** LOI search completed at 04/25/05 21:31:25 |
| 04/25/05 | 21:31:42 | d02 | 1287 | Unit= SB101 , Status= DP , Location= 700 14TH ST NW DC , Employee= 6154 |
| 04/25/05 | 21:31:44 | d02 | 1287 | Unit= SB101 , Status= AR , Location= 700 14TH ST NW DC , Employee= 6154 |
| 04/25/05 | 21:31:47 | d02 | 1287 | Unit= CR122 , Status= DP , Location= 700 14TH ST NW DC |
| 04/25/05 | 21:31:48 | d02 | 1287 | Unit= CR122 , Status= AR , Location= 700 14TH ST NW DC |
| 04/25/05 | 21:33:04 | d02 | 1287 | EVENT COMMENT= ORIG TIME 2128....D1287 |
| 04/25/05 | 21:44:44 | d02 | 1287 | Unit= 1041 , Status= DP , Location= 700 14TH ST NW DC , Employee= 6210 , Employee= 6305 |
| 04/25/05 | 21:44:56 | d02 | 1287 | Unit= 1041 , Status= ER , Location= T/C TP FOR 1011 , Employee= 6210 , Employee= 6305<br>Unit= 1041 , Status= CL , Location= T/C TP FOR 1011 , Employee= 6210 , Employee= 6305 |
| 04/25/05 | 21:44:56 | cadccinl | 287 | EVENT COMMENT= ** LOI search completed at 04/25/05 21:44:56 |
| 04/25/05 | 21:48:28 | d02 | 1287 | Unit= 1041 , Status= AR , Location= T/C TP FOR 1011 , Employee= 6210 , Employee= 6305 |
| 04/25/05 | 21:48:38 | d02 | 1287 | CASE NUMBER ASSIGNED= R2005052761<br>Disposition Assigned= ASSNCASE<br>EVENT COMMENT= ** Case number R2005052761 has been assigned<br>** >>>> by: JACQUELIN E. WHITE on terminal: d02 |
| 04/25/05 | 21:48:48 | d02 | 1287 | EVENT UPDATED: Location= 700 14TH ST NW DC , Cross Streets= G ST NW / NEW YORK AVE NW , Call<br>Source= OFFICER<br>Agency= MPD , Group= 1D , Beat= 101 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>Primary Unit= 1011 , Primary Member= 6975 , Current= F , Open Current= F , Type Code= UUV - UNATHORIZED USE OF VEHICLE , SubType Code= NOS3 - NUMBERS ONLY<br>EVENT COMMENT= ** Event Type changed from RSAU(CCN) to UUV(NOS3) at: 04/25/05 21:48:48<br>** >>>> by: JACQUELIN E. WHITE on terminal: d02 |
| 04/25/05 | 21:48:56 | d02 | 1287 | Unit= 1011 , Status= ER , Location= T/C 1 ARREST , Employee= 6975 , Employee= 6845<br>Unit= 1011 , Status= CL , Location= T/C 1 ARREST , Employee= 6975 , Employee= 6845 |
| 04/25/05 | 21:49:02 | cadccinl | 287 | EVENT COMMENT= ** LOI search completed at 04/25/05 21:49:02 |
| 04/25/05 | 21:57:59 | d02 | 1287 | Unit= SB101 , Status= AV , Location= 700 14TH ST NW DC , Employee= 6154 |
| 04/25/05 | 22:03:01 | d02 | 1287 | Unit= CR122 , Status= AQ |
| 04/25/05 | 22:04:46 | d02 | 1287 | Unit= 1011 , Status= AR , Location= T/C 1 ARREST , Employee= 6975 , Employee= 6845 |
| 04/25/05 | 22:38:51 | d01 | 5784 | Unit= 1041 , Status= AR , Location= T/C TP FOR 1011 , Employee= 6210 , Employee= 6305 |
| 04/25/05 | 22:49:30 | d01 | 5784 | Unit= 1041 , Status= AV , Location= T/C TP FOR 1011 , Employee= 6210 , Employee= 6305 |
| 04/25/05 | 22:51:15 | d01 | 5784 | Agency= MPD , Group= 1D , Beat= 101 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>Primary Unit= 1011 , Primary Member= 6975 , Current= T , Open Current= F , Type Code= UUV - UNATHORIZED USE OF VEHICLE , SubType Code= NOS3 - NUMBERS ONLY<br>EVENT CLOSED:<br>Unit= 1011 , Status= AV , Location= T/C 1 ARREST , Employee= 6975 , Employee= 6845 |