05 1150247

| | | STATE | |
|---|---|---|---|
| 00 JAGU | X84VPW | FL | SAJDAOTC1YFL44194 |

700 BLK 14th ST NW — ☐ Yes ☐ No

release to owner Alfred, Allish

FAN, IM, S — 1101 — 1D

ARREST INFORMATION

| | TIME | DATE | |
|---|---|---|---|
| ☒ Yes ☐ No | 1205 | 4-26-2005 | 264 |

1 B/M

EX-V0072389

(LW)

V147366865

NOTIFICATIONS

☐ Yes ☐ No — ☐ Yes ☐ No — ☐ Yes ☐ No CSES No. ______

QART/X84VPW/FL/06/PC/4

```
MISCELLANEOUS VEHICLE RECORD          IND= 04/26/05 INT= 12:29 WALES ONL
EX    DCMPD00T1 X84VPW   FL 05 PC SAJDA01C1YFL44194 00 JAGU
          042605            INER MD REC 052761
  WIN/V0072389
FRM/700 BLK 14TH ST NW
LOT/RELEASE TO OWNER

WALES RECORD FOUND      *** NCIC QV MSG    #92375      SENT BY PD4231 ***
                        *** NLET RQ MSG    #92375      SENT BY PD4231 ***
```

Page : untitled

SENDING AN ADMINISTRATIVE MESSAGE VIA NLET

DEST ______ ______ ______ ______ MD

TEXT L: XPIFNHEBB0
D WASHINGTON DC APRIL 26, 2005
D PRINCE GEORGE'S CO MD
CA/051150247.NIC/V147366865.
*STOLEN/FELONY VEHICLE RECOVERED
IC/X84VPW.VIN/SAJDA01C1YFL44194.VYR/2000.V
-----------
AS RECOVERED ON042605 AT 1205HRS FROM 700 H ST
E CONDITION.
TTACHED

LEASED TO OWNER ON THE SCENE
* OWNER MAY CLAIM VEHICLE WITH PROOF OF O IP
BADGE 1101 1D, 202 6978-0555
TT INFOTECH 1231HRS/04262005

*** 1516 SENT BY PD0557 ***

Date : 12:31:49 PM

ART/X84VPW/FL/05/PC/3

MISCELLANEOUS VEHICLE RECORD IND= 04/26/05 INT= 12:29 WALES ONLY
EX DCMPD00T1 X84VPW FL 05 PC SAJDA01C1YFL44194 00 JAGU
042605 INER MD REC 052761
WIN/V0072389
FRM/700 BLK 14TH ST NW
LOT/RELEASE TO OWNER

WALES RECORD FOUND *** NCIC QV MSG #41904 SENT BY PD0557 ***
*** NLET RQ MSG #41904 SENT BY PD0557 ***

*** NCIC RESPONSE #41904 RCVD FOR DCMPD00T1/T6VA/PD0557 ***

DCMPD00T1
MKE/LOCATED STOLEN VEHICLE
ORI/MD0172100 LIC/X84VPW LIS/FL LIY/2005 LIT/PC
VIN/SAJDA01C1YFL44194 VYR/2000
VMA/JAGU VST/4D VCO/BLK DOT/20050424
OCA/051150247 20050426 DCMPD00T1 052761
NIC/V147366865 DTE/20050425 1743 EDT
ORI IS PRINCE GEORGES COUNTY POLICE DEPARTMENT 301 499-8113
IMMED CONFIRM RECORD WITH ORI

ART/X84VPW/FL/06/PC/5

NO WALES RECORD FOUND *** NCIC QV MSG #36017 SENT BY PD1399 ***
*** NLET RQ MSG #36017 SENT BY PD1399 ***

*** NCIC RESPONSE #36017 RCVD FOR DCMPD00T1/T6VB/PD1399 ***

DCMPD00T1
MKE/STOLEN VEHICLE
ORI/MD0172100 LIC/X84VPW LIS/FL LIY/2005 LIT/PC
VIN/SAJDA01C1YFL44194 VYR/2000
VMA/JAGU VST/4D VCO/BLK DOT/20050424
OCA/051150247
NIC/V147366865 DTE/20050425 1743 EDT
ORI IS PRINCE GEORGES COUNTY POLICE DEPARTMENT 301 499-8113
IMMED CONFIRM RECORD WITH ORI

Page me: untitled

** #36017 RCVD FOR DCMPD00T1/T6VB/PD1399 FL037065
--
DH
X8 A01C1YFL44194 JAGU 4D 00 003650 NAL - US
COL LK
AL ALFRED
30 CLASS: 00 000000
SU MD 20746-0000 COUNTY RES: 03
DO F DECAL/YR: 17289893/5 DECAL EXP:12/15/05 PRIVATE
** ONTINUES - PRESS THE PA2 KEY **

Dat me: 12:06:51 PM

METROPOLITAN POLICE DEPARTMENT D.C. DATE: 04:26:
NLETS YQ CONFIRMATION REQUEST TIME: 12:06
EV - STOLEN VEHICLE

DEST ORI: MD0172100 REQUEST #: 1 (1,2 OR 3) PRIORITY: R (U=URGNT R=RT
OCA: 051150247 (ORIGINATING AGENCY CASE #)
NIC: V147366865
LIC: X84VPW LIS: FL LIY: 2005
VIN: SAJDA01C1YFL44194
VYR: 2000 VMA: JAGU
RNA: OFC S IM (REQUESTERS NAME)
RAG: METROPOLITAN POLICE DEPARTMENT (REQUESTERS AGENCY)
PHO: 2027274225 EXT: FAX 2027274032
REMARKS:
MSG D-863 * HIT CONFIRMATION REQUEST * CONFIRM THE ABOVE VEHICLE STOLEN OV THE NLETS...STATE THE OWNER'S NAME, ADDRESS, AND TELEPHON NUMBER(S) IN YOU MSG...UPON RECEIPT, RECOVRY INFORMATION WILL FOLLOW.

/S/ST.HILL,J TT INFOTECH 1204HRS/04262005

(REQUIRED FIELDS HIGHLIGHTED)
*** NLET YQ MSG #37740 SENT BY PD1399 *** PRESS CLEAR FOR RESP

```
*** [redacted] PIFNHEBB0 RCVD FOR DCMPD00T1/T6VA FROM MD0[redacted] ***
****[redacted] RESPONSE****
THE [redacted] CONFIRMED
OCA[redacted] 47366865.
**ST[redacted] CLE**
LIC[redacted] 01C1YFL44194.VYR/2000.VMA/JAGU.
NAM[redacted] RNES.
CON[redacted] PRINCE GEORGES CO.
PHO[redacted] FAX:(301)499-8155.
REM[redacted] 1 CONFIRMED STLN VEH // OWNER ALICIA ALF[redacted]3 BELLAMY
WAY[redacted]6 // 301-735-1178 // PLS SEND LOCATE / REG[redacted]// THANK
```