```
1N01XXTOM                         quon.txt
DCFBIWAK2


            TITLE:    2007000000

            ROUTE TO: ISABELLA

            ADDRESS:  WVE3/IOAU

            EXTENSION: 304 625-3596

            COMMENTS:  QUON

            TYPE: HYP        NEED: UNI         FILE:

            BEGIN DATE: 20050401    END DATE: 20050625      LIST TYPE:
LST
            FILE SIZE: 000000000    COUNT:    000000        RANDOM NUMBER
LIST:
            IMAGE INDICATOR:
            FIELDS SEARCHED: LIC/X84VTW.VIN/SAJDA01C1YFL44194
                             0
64   2005-04-27-14.16.49.369909
1N01DC0018232221.QV.DC001015N.VIN/SAJDA01C1YFL44194
ORI IS UNIFIED COMMUNICATIONS AGENCY              202 671-3133

7D   2005-04-26-12.35.36.639392
1N01*73C7DE.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                  508 820-2121

64   2005-04-26-12.31.05.316420
1N01DC0018203461.ZV   .DCMPD00T1.LIC/X84VPW   .LIS/FL.VIN/SAJDA01C1YFL44194
ORI IS METROPOLITAN PD WASHINGTON                 202 727-4225

7D   2005-04-26-09.59.47.504023
1N01*6F75B4.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                  508 820-2121

7D   2005-04-26-09.32.38.454756
1N01*6EAA26.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                  508 820-2121

7D   2005-04-26-09.25.35.156844
1N01*6E7CE9.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                  508 820-2121

7D   2005-04-26-09.25.34.978328
1N01*6E7CF9.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                  508 820-2121

7D   2005-04-26-09.25.31.352011
1N01*6E7B6D.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                  508 820-2121

7D   2005-04-26-09.20.35.663087
                              Page 1
```

EXHIBIT 5

```
                                       quon.txt
1N01*6E591F.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-26-01.55.02.225819
1N01*68BE46.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-23.46.21.431880
1N01*66C405.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-23.12.44.848394
1N01*666264.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-21.29.52.316367
1N01*6483E6.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-21.29.51.890951
1N01*6483F4.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-21.23.21.522002
1N01*6493B2.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-20.39.43.973018
1N01*63D135.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

7D   2005-04-25-17.43.42.815349
1N01*5FE49D.ZV.MAMSP0043.VIN/SAJDA01C1YFL44194
ORI IS STATE POLICE HEADQUARTERS                      508 820-2121

77   2005-04-25-17.43.36.132114
1N017P020MRID3634KO.EV.MD0172100.X84VPW.FL.2005.PC.SAJDA01C1YFL44194.2000.JAGU..4D.B
LK.20050424.051150247
ORI IS PRINCE GEORGES COUNTY POLICE DEPARTMENT        301 499-8113

THE DATA PROVIDED IS FROM THE BDAT THROUGH THE FOLLOWING DATE: 06-25-2005
***END OF REPORT***                     REPORT DATE:  02-06-2007
TOTAL RECORDS REPORTED:      18         TOTAL RECORDS PROCESSED:        19
```