IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>        Defendant &<br>        Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY, *et al.*,<br><br>        Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO LOJACK'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of time – from May 11, 2007 to and including May 25, 2007 -- within which to file a response to third party defendant LoJack Company's Motion for Summary Judgment.  Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Nicole L. Lynch
        NICOLE L. LYNCH
        Chief, General Litigation, Section II

        /s/ Urenthea McQuinn
        URENTHEA McQUINN
        Assistant Attorney General
        D.C. Bar #182253
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6646
        (202) 727-0431 (Fax)
        urenthea.mcquinn@dc.gov

May 10, 2007

## Certification

Pursuant to LCvR 7(m), on May 8, 2007, the undersigned counsel for defendant District of Columbia telephoned third party defendant LoJack's counsel, Warren D. Stephens, Esq., and plaintiff's counsel, Jimmy A. Bell, Esq., and requested consent to this motion.  Both counsel consented.

        /s/
        **Urenthea McQuinn**
        **Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant &<br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>THE LOJACK COMPANY, *et a*l.,<br><br>　　　　Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO LOJACK'S MOTION FOR SUMMARY JUDGMENT**

　　Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of time – from May 11, 2007 to and including May 25, 2007 -- within which to file a response to third party defendant LoJack Company's Motion for Summary Judgment. The undersigned requests additional time because she has not been able to complete the opposition given her schedule in several other cases. In the last two weeks, the undersigned has attended one status conference, conducted five lengthy depositions, attended a pretrial conference, reviewed briefs in a response to a request for attorney's fees, engaged in conferences with a 30(b)(6) witness, researched and drafted a Motion for Summary Judgment on behalf of the District of Columbia, and began to research and develop a responsive brief in this case.

    Rule 6(b)(1) provides that:

    "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

This motion is being filed prior to the expiration of the May 11, 2007, prescribed period, is for good cause shown, and the requested relief does not unduly prejudice any party in this litigation. In fact, counsel for plaintiff and LoJack have agreed to this extension of time. For the foregoing reasons, defendant requests more time within which to respond to the pending motion.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division\

    /s/ Nicole L. Lynch
    NICOLE L. LYNCH
    Chief, General Litigation, Section II

    /s/ Urenthea McQuinn
    URENTHEA McQUINN
    Assistant Attorney General
    D.C. Bar #182253
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C.  20001
    (202) 724-6646
    (202) 727-0431 (Fax)
    urenthea.mcquinn@dc.gov

May 10, 2007