IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>     Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>     Defendant &<br>     Third Party Plaintiff,<br><br> v.<br><br>THE LOJACK COMPANY, *et al*.,<br><br>     Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

## ORDER

Upon consideration of the defendant District of Columbia's Consent Motion for an Extension of Time – from May 11, 2007, to and including May 25, 2007 -- within which it is to file a response to third party defendant LoJack Company's Motion for Summary Judgment, the lack of opposition thereto, and the entire record herein, it is this ____ day of _____ , 2007,

**ORDERED:** that the defendant's consent motion hereby is GRANTED for the reasons set forth in its motion; and it is

**FURTHER ORDERED:** that the date upon which defendant District of Columbia is to file a response to third party defendant LoJack Company's Motion for Summary Judgment is May 25, 2007.

                **THE HONORABLE PAUL L. FRIEDMAN**
                **United States District Court Judge**

May 10, 2007