IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>            Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA,<br><br>            Defendant &<br>            Third Party Plaintiff,<br><br>     v.<br><br>THE LOJACK COMPANY, *et al.*,<br><br>            Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO LOJACK'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for a four-day extension of time – from May 25, 2007 to and including June 1, 2007 -- within which to file a response to third party defendant LoJack Company's Motion for Summary Judgment. Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Nicole L. Lynch
NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

May 25, 2007

## Certification

Pursuant to LCvR 7(m), on May 25, 2007, the undersigned counsel for defendant District of Columbia telephoned third party defendant LoJack's counsel, Warren D. Stephens, Esq., and plaintiff's counsel, Jimmy A. Bell, Esq., and requested consent to this motion.  A voice mail was left for each.  The reason for calling on the due date was that an officer/affiant unexpectedly did not show up to sign his affidavit this morning for attachment to the response.

/s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALICIA Y. ALFRED,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 05-1446 (PLF)** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant &** **Third Party Plaintiff,** | |
| v. | |
| **THE LOJACK COMPANY,** *et a*l., | |
| **Third Party Defendants.** | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO LOJACK'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for a four-day extension of time – from May 25, 2007 to and including June 1, 2007 -- within which to file a response to third party defendant LoJack Company's Motion for Summary Judgment. The undersigned requests additional time because a District of Columbia Metropolitan Police Department Officer who was to sign his affidavit today unexpectedly did not appear. He will return by the middle of next week. This short extension will not prejudice any party. The undersigned could not reach counsel for the LoJack Company or counsel for plaintiff. For the foregoing reasons, defendant requests more time within which to respond to the pending motion.

                                                  Respectfully submitted,

                                                  LINDA SINGER
                                                  Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division\

        /s/ Nicole L. Lynch
        NICOLE L. LYNCH
        Chief, General Litigation, Section II

        /s/ Urenthea McQuinn
        URENTHEA McQUINN
        Assistant Attorney General
        D.C. Bar #182253
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6646
        (202) 727-0431 (Fax)
        urenthea.mcquinn@dc.gov

May 25, 2007