IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>      Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant &<br>      Third Party Plaintiff,<br><br>  v.<br><br>THE LOJACK COMPANY, *et al*.,<br><br>      Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

## ORDER

Upon consideration of the defendant District of Columbia's Motion for an Extension of Time – from <u>May 25, 2007,</u> to and including <u>June 1, 2007</u> -- within which it is to file a response to third party defendant LoJack Company's Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2007,

**ORDERED:** that the defendant's motion hereby is GRANTED for the reason set forth in its motion; and it is

**FURTHER ORDERED:** that the date upon which defendant District of Columbia is to file a response to third party defendant LoJack Company's Motion for Summary Judgment is <u>June 1, 2007</u>.

              **THE HONORABLE PAUL L. FRIEDMAN**
              United States District Court Judge

May 25, 2007