IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 05-1446 (PLF) |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant &** **Third Party Plaintiff,** | |
| v. | |
| **THE LOJACK COMPANY,** *et al.*, | |
| **Third Party Defendants.** | |

## O R D E R

Upon consideration of third party defendant LoJack Company's Motion for Summary Judgment, the Opposition of third party plaintiff District of Columbia thereto, the entire record in this matter, and the facts and the law considered, it is by the Court this _____ day of _____, 2007,

**ORDERED:** that the LoJack Company's Motion for Summary Judgment hereby is DENIED for the reasons set forth in the District's memorandum of law.

_____
**THE HONORABLE PAUL L. FRIEDMAN**
**District of Columbia District Court Judge**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General, D.C.
441 4th Street, N.W.
 Sixth Floor South

Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

**Warren D. Stephens**
Attorney for Third Party Defendant LoJack Company
4601 Forbes Boulevard
Suite 250
P.O. Box 40
Lanham, MD 20703-0040
(301) 306-4300
(301) 306-4988 (Fax)

**Jimmy A. Bell**
The Law Office of Jimmy A. Bell, P.C.
Attorney for Plaintiff
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)


June 1, 2007