IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 05-1446 (PLF) |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant &** **Third Party Plaintiff,** | |
| v. | |
| **THE LOJACK COMPANY,** *et al.*, | |
| **Third Party Defendants.** | |

**DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR AN EXTENSION OF THE DISCOVERY TIME PERIOD**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, defendant/third party plaintiff District of Columbia hereby moves for an extension of the discovery time period from June 29, 2007 to and including August 15, 2007. Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

       /s/ Nicole L. Lynch
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

        /s/ Urenthea McQuinn
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov


June 29, 2007


## Certification

Pursuant to LCvR 7(m), the undersigned counsel telephoned counsel for LoJack, Warren Stephens, and left a detailed message regarding this motion on June 28, 2007, but has not heard back as of the time of this filing.  Plaintiff's counsel, Jimmy Bell, consents to this motion inasmuch as he called the undersigned on two occasions last week and stated that plaintiff wants a month's extension of the discovery period to conduct depositions.

        /s/ Urenthea McQuinn
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**


June 29, 2007

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>    **Plaintiff,**<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    **Defendant &**<br>    **Third Party Plaintiff,**<br><br>    v.<br><br>THE LOJACK COMPANY, *et al.*,<br><br>    **Third Party Defendants.** | Civil Action No. 05-1446 (PLF) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR AN EXTENSION OF THE DISCOVERY TIME PERIOD

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7(a), defendant District of Columbia moves for an extension of the discovery time period in this case from June 29, 2007, to and including August 15, 2007. The undersigned needs the additional time for discovery, which she has not been able to do because she was preparing for a jury trial in a case before Judge Alprin and because of the other litigation that she was handling. In addition, plaintiff's counsel, Jimmy Bell, called the undersigned and requested consent to a one month's extension in order to conduct two depositions in this case. The parties will not be prejudiced by such an extension, inasmuch as the gathering of such additional information will progress the litigation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

3

        GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

     /s/ Nicole L. Lynch
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

     /s/ Urenthea McQuinn
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

June 29, 2007