IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　　　　Defendant &<br>　　　　　　　　Third Party Plaintiff,<br><br>　　v.<br><br>THE LOJACK COMPANY, *et al*.,<br><br>　　　　　　　　Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

## ORDER

Upon consideration of the defendant District of Columbia's Partial Consent Motion for an Extension of the Discovery Time Period – from <u>June 29, 2007</u> to and including <u>August 15, 2007</u>, the consent of plaintiff to one month, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED:** that the defendant's partial consent motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that the discovery time period is to close on <u>August 15, 2007</u>.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE PAUL L. FRIEDMAN**
　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

June 29, 2007