IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant &<br>    Third Party Plaintiff,<br><br>    v.<br><br>THE LOJACK COMPANY,<br>    Third Party Defendant. | Civil Action No. 05-1446 (PLF) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO COMPEL AND MOTION TO CONTINUE THE DEADLINE FOR DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b) and 37(a), defendant District of Columbia hereby moves the Court to compel the deposition of plaintiff Alicia Y. Alfred. Counsel for plaintiff, Jimmy Bell, has yet to agree to a date for plaintiff's deposition, despite the Court's Order of July 3, 2007, which extended discovery only until August 15, 2007, and despite Mr. Bell's numerous promises to agree upon a date. In fact, the District had noticed plaintiff's deposition for July 11, 2007, but plaintiff's counsel telephoned the day before the deposition to cancel it. Because plaintiff has not yet responded to the District's discovery or appeared for deposition, defendant also moves that the deadlines for dispositive motions be extended. Please see the accompanying Memorandum of Points and Authorities in support of this motion and a proposed Order.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> /s/ Nicole L. Lynch
> NICOLE L. LYNCH [471953]
> Section Chief, Civil Litigation Division
> General Litigation, Section II
>
> By:   /s/ Urenthea McQuinn
> URENTHEA McQUINN [D.C. Bar #182253]
> Assistant Attorney General
> 441 4th Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6646
> (202) 727-0431 (Fax)
> urenthea.mcquinn@dc.gov

July 26, 2007

### Certification

Pursuant to LCvR 7(m), on July 25, 2007, the undersigned counsel for defendant District of Columbia telephoned plaintiff's counsel, Jimmy Bell, and left a detailed message, which requested consent to this motion, with Rosalyn of Mr. Bell's office. Mr. Bell has not returned that call as of this filing.

>          /s/ Urenthea McQuinn
> **Urenthea McQuinn**
> **Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>        Defendant &<br>        Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY,<br>        Third Party Defendant. | Civil Action No. 05-1446 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO COMPEL AND MOTION TO CONTINUE THE DEADLINE FOR DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b) and 37(a), defendant District of Columbia hereby moves for an order compelling the deposition of plaintiff Alicia Y. Alfred. Pursuant to Fed. R. Civ. P. 6(b) and 37(a), defendant District of Columbia hereby moves the Court to compel the deposition of plaintiff Alicia Y. Alfred. Counsel for plaintiff, Jimmy Bell, has yet to agree to a date for plaintiff's deposition, despite the Court's Order of July 3, 2007, which extended discovery only until August 15, 2007, and despite Mr. Bell's numerous promises to agree upon a date. As grounds for this motion , defendant states as follows:

1. Plaintiff filed suit against the District of Columbia on July 22, 2005.

2. Plaintiff did not serve defendant District of Columbia with any written discovery.

3. On June 28, 2007, defendant District of Columbia served plaintiff with its Interrogatories and Request for Production of Documents and a Notice of Deposition

3

      to appear on July 11, 2007 for deposition (Attachment 2). The undersigned had left a message on June 26, 2007 regarding setting a date and extending discovery, but plaintiff's counsel never called back.

4. On July 10, 2007, plaintiff's counsel, Jimmy Bell, notified the undersigned that July 11, 2007 was not a good date for plaintiff's deposition and stated that he would call the next day, July 11th, 2007, with several dates on which he was available. He did not call at anytime thereafter.

5. The undersigned called plaintiff's counsel on Friday, July 20, 2007 to set another date for plaintiff's deposition. He said that he was with his children and could not provide three possible dates for plaintiff's deposition as requested at that time. He stated further that he would call on Monday, July 23, 2007 and provide three possible dates. Plaintiff's counsel did not call on that Monday or Tuesday.

6. On Tuesday, July 24, 2007, the undersigned requested a Court conference call with the Court and the plaintiff, and apprised plaintiff's office of that request. The undersigned did not hear from plaintiff's counsel. At the end of the day, the undersigned was granted permission to file this Motion to Compel.

7. As of this filing, plaintiff's counsel has not called the undersigned to resolve this discovery dispute.

Wherefore, defendant District o Columbia moves that this Honorable Court enter an Order directing the following:

(1) That plaintiff appear for deposition on either August 9th or 17th, 2007; and

(2) That the date for dispositive motions be changed from July 31, 2007 to and including September 7, 2007, that the date for Oppositions be changed from August 20, 2007 to and including

September 21, 2007 and that the date for Replies be changed from August 30, 2007 to and including October 1, 2007.

          Respectfully submitted,

          LINDA SINGER
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          /s/ Nicole L. Lynch
          NICOLE L. LYNCH [471953]
          Section Chief, Civil Litigation Division
          General Litigation, Section II

By:   /s/ Urenthea McQuinn
       URENTHEA McQUINN [D.C. Bar #182253]
       Assistant Attorney General
       441 4th Street, N.W.
       Sixth Floor South
       Washington, D.C.  20001
       (202) 724-6646
       (202) 727-0431 (Fax)
       urenthea.mcquinn@dc.gov

July 26, 2007