# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALICIA Y. ALFRED,
              **Plaintiff,**

      **v.**                                                    **Civil Action No. 05-1446 (PLF)**

DISTRICT OF COLUMBIA,
              **Defendant &**
              **Third Party Plaintiff,**

      **v.**

THE LOJACK COMPANY,
              **Third Party Defendant.**

## ORDER

Upon consideration of the Defendant  District of Columbia's Motion to Compel and Motion to Continue the Deadline foe Dispositive Motions, any opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____ _____, 2007,

**ORDERED:** that the Defendant District of Columbia's Motion to Compel the Deposition of Plaintiff hereby is GRANTED; and it is

**FURTHER ORDERED:** that the plaintiff is to appear for deposition on **August 9th or August 17th, 2007,** and it is

**FURTHER ORDERED:** that upon defendant's motion to extend the time period for filing dispositive motions, the date for filing dispositive motions shall be on or before **September  7, 2007,** any Oppositions shall be filed on or before  **September 21, 2007,** and Replies shall be filed on or before **October 1, 2007.**

**SO ORDERED.**

_____

**THE HONORABLE PAUL L. FRIEDMAN**
**United States District Court Judge**

July 26, 2007