UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>DISTRICT OF COLUMBIA,  )<br>  )<br>    Defendant.  )<br>_____)<br>  )<br>DISTRICT OF COLUMBIA,  )<br>  )<br>    Third Party Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE LOJACK COMPANY,  )<br>  )<br>    Third Party Defendant.  )<br>_____) | Civil Action No. 05-1446 (PLF) |

<u>ORDER</u>

       On July 26, 2007, with the permission of the undersigned, counsel for the District of Columbia filed a motion to compel. The Court will refer this action to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

       ORDERED that this matter is referred to a Magistrate Judge for the management of discovery in this case, including the pending motion to compel. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the assigned Magistrate Judge following the case number in the caption. On any other filings

in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number. It is

FURTHER ORDERED that the deadline for the filing of dispositive motions is extended to September 7, 2007.  Oppositions are due on or before September 21, 2007.  Replies, if any, are due on or before October 1, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 27, 2007