IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant &<br>    Third Party Plaintiff,<br><br>v.<br><br>THE LOJACK COMPANY, *et al.*,<br>    Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH THE PARTIES ARE TO FILE DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of time – from September 14, 2007 to and including September 28, 2007 -- within which the parties are to file dispositive motions. Please see the accompanying Memorandum of Points and Authorities in support of this motion, and proposed Order.

            Respectfully submitted,

            LINDA SINGER
            Attorney General for the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General, Civil Litigation Division

            /s/ Nicole L. Lynch
            NICOLE L. LYNCH
            Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

September 13, 2007

## Certification

Pursuant to LCvR 7(m), on September 12, 2007, the undersigned counsel for defendant District of Columbia e-mailed third party defendant LoJack's counsel, Warren D. Stephens, and plaintiff's counsel, Jimmy A. Bell, and requested consent to this motion. Mr. Stephens, LoJack's counsel consented, but Mr. Bell, plaintiff's counsel, did not consent.

/s/ Urenthea McQuinn
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA,<br>　　　　　　Defendant &<br>　　　　　　Third Party Plaintiff,<br><br>　　　　v.<br><br>THE LOJACK COMPANY, *et al*.,<br>　　　　　　Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH THE PARTIES ARE TO FILE DISPOSITIVE MOTIONS</u>**

　　　　Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for an extension of time – from <u>September 14, 2007</u> to and including <u>September 28, 2007</u> -- within which the parties are to file dispositive motions herein.  LoJack's counsel, Warren Stephens, consents to this motion, but plaintiff's counsel, Jimmy Bell, does not.  Defendant District of Columbia is waiting on some additional discovery, which it expects to receive within approximately one week.  The defendant would like to receive all discovery before filing its dispositive motion.  None of the parties will be prejudiced by this brief delay.  For the foregoing reason, therefore, defendant requests a two week extension within which all of the parties are to file its dispositive motions.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division\

/s/ Nicole L. Lynch
NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

September 13, 2007