IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br><br>    Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant &<br>    Third Party Plaintiff,<br><br> v.<br><br>THE LOJACK COMPANY, *et al*.,<br><br>    Third Party Defendants. | Civil Action No. 05-1446 (PLF) |

## ORDER

Upon consideration of the defendant District of Columbia's Partial Consent Motion for an Extension of Time – from <u>September 14, 2007,</u> to and including <u>September 28, 2007</u> -- within which the parties are to file dispositive motions, any opposition thereto, and the entire record herein, it is this __ day of _____ , 2007,

**ORDERED:** that the defendant's motion hereby is GRANTED for the reasons set forth in its motion, and it is

**FURTHER ORDERED:** that the date upon which the parties are to file dispositive motions is **September 28, 2007**, the date for Oppositions is **October 12, 2007**, and the date for Replies is **October 22, 2007**.

                 **THE HONORABLE PAUL L. FRIEDMAN**
                 **United States District Court Judge**

September 13, 2007