IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA Y. ALFRED,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br>　　　　**Defendant &**<br>　　　　**Third Party Plaintiff,**<br><br>　　v.<br><br>**THE LOJACK COMPANY,**<br>　　　　**Third Party Defendant.** | **Civil Action No. 05-1446 (PLF)** |

### ORDER

Upon consideration of Defendant District of Columbia's Motion for Summary Judgment As to Plaintiff, Memorandum of Points and Authorities, Statement of Material Facts Not in Dispute, any opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____, 2007,

**ORDERED:** that Defendant District of Columbia's Motion for Summary Judgment be and hereby is **GRANTED** against plaintiff; and it is

**FURTHER ORDERED** that judgment be entered in favor of the Defendant District of Columbia.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE PAUL L. FRIEDMAN**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

September 28, 2007