IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICIA Y. ALFRED,
        Plaintiff,

v.                                  Civil Action No. 05-1446 (PLF)

DISTRICT OF COLUMBIA,
        Defendant &
        Third Party Plaintiff,

v.

THE LOJACK COMPANY,
        Third Party Defendant.

**PRAECIPE OF DISMISSAL**

      Defendant District of Columbia and plaintiff Alicia Y. Alfred, hereby request that this Honorable Court dismiss the above-entitled action with prejudice. The parties have settled this matter.

                                      Respectfully submitted,

                                      LINDA SINGER
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      /s/
                                      NICOLE L. LYNCH [D.C. Bar #471953]
                                      Chief, General Litigation, Section II

                                      /s/
                                      URENTHEA McQUINN [D.C. Bar #182253]
                                      Assistant Attorney General
                                      441 4th Street, N.W.
                                      Sixth Floor South
                                      Washington, D.C. 20001

        (202) 724-6646
        (202) 727-3625 (Fax)
        urenthea.mcquinn@dc.gov

and

        _____/s/_____
        JIMMY A. BELL [D.C. Bar # 14639]
        Attorney for Plaintiff
        9610 Marlboro Pike
        Upper Marlboro, MD  20772
        (301) 599-7620 (301) 599-7623 Fax
        jimbellesq@aol.com

November 15, 2007