IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA Y. ALFRED,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br>　　　　Defendant &<br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>THE LOJACK COMPANY,<br>　　　　Third Party Defendant. | Civil Action No. 05-1446 (PLF) |

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

Defendant District of Columbia, plaintiff Alicia Y. Alfred, and third party defendant LoJack hereby withdraw the Praecipe of Dismissal filed on November 15, 2007, and request that this Honorable Court substitute this Praecipe of Dismissal. Please dismiss the above-entitled action with prejudice, inasmuch as all of the parties have settled this matter.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　NICOLE L. LYNCH [D.C. Bar #471953]
　　　　　　　　　　　　　Chief, General Litigation, Section II

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　URENTHEA McQUINN [D.C. Bar #182253]
　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　441 4th Street, N.W.

Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-3625 (Fax)
urenthea.mcquinn@dc.gov
Attorneys for the District of Columbia


and

_____/s/_____
JIMMY A. BELL [D.C. Bar # 14639]
Attorney for Plaintiff
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (301) 599-7623 Fax
jimbellesq@aol.com


and

_____/s/_____
WARREN D. STEPHENS [D.C. Bar # 362763]
Attorney for LoJack
4601 Forbes Boulevard
Suite 250
P.O. Box 40
Lanham, MD 20703-0040
(301) 306-4300
(301) 306-4988 Fax
wstephens@decarodoran.com


December 11, 2007